# EXHIBIT 2

LexisNexis

**1 OF 1 RECORD(S)**

**SmartLinx®Person Report**

**Report Created:** 8-08-2026 1:13 PM EST | FOR INFORMATIONAL PURPOSES ONLY |
Copyright © 2026 LexisNexis, All rights reserved.

**Report created for:** Balance Law PLLC

## Person Summary

| Name | Address | County | Phone |
|---|---|---|---|
| Burchfield, Bradley Craig | [redacted]<br>Little Rock, AR 72201-1670<br>(Residential, High-rise) | Pulaski | [redacted] |

| LexID | SSN | DOB | Email |
|---|---|---|---|
| 0315-3284-5010 | [redacted] | [redacted]1984<br>(Age: 42)<br>(Male) | [redacted] |

## At a Glance

| | | | |
|---|---|---|---|
| Real Property | 2 | Criminal/Arrest | 0 |
| Personal Property | 3 | Bankruptcy | 1 |
| Professional Licenses | 0 | Judgments/Liens | 1 |
| Business Connections | 4 | Foreclosure/Notice of Default | 0 |

## Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBs |
|---|---|---|
| Bradley, Burchfield | [redacted] | [redacted]/1984 |
| Burchfied, Bradley | Issued in Arkansas, 1989 | 1984 |
| Burchfield, Brad | | |
| Burchfield, Bradley Craig | | |
| Burchfiled, Bradleyc | | |

## Physical Description

## Address Summary (1 current, 26 prior)

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 1. | [redacted] | Current | 09/2025 - 07/2026 | |
| | Little Rock, AR 72201-1670 | | (Current Residence) | |
| | Pulaski County | | | |
| | (Residential, High-rise) | | | |

**Neighborhood Profile**
Average Age: 39

Median Household Income: $51,111

Median Home Value: $357,554

Average Years of Education: 13

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 2. | [redacted] | Prior | 12/2024 - 02/2026 | |
| | Little Rock, AR 72207-6062 | | | |
| | Pulaski County | | | |
| | (Residential) | | | |

**Name Associated with Address**
Goldsberry, Tanya Denee

Collins, Christopher Ryan

Kurtz, Jason Andrew

**Neighborhood Profile**
Average Age: 47

Median Household Income: $59,690

Median Home Value: $144,118

Average Years of Education: 13

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 3. | [redacted] | Prior | 02/2023 - 03/2025 | |
| | Little Rock, AR 72204-1903 | | | |
| | Pulaski County | | | |
| | (Residential) | | | |

**Name Associated with Address**
Collins, Christopher Ryan

Kurtz, Jason Andrew

**Neighborhood Profile**
Average Age: 33

Median Household Income: $14,828

Median Home Value: $89,189

Average Years of Education: 14

4. [redacted] Prior 07/2022 - 05/2023

Pine Bluff, AR 71601-3242

Jefferson County

(Residential) / (Social Services Facility)

**Neighborhood Profile**
Average Age: 23

Median Household Income: $41,853

Median Home Value: $71,398

Average Years of Education: 12

5. [redacted] Prior 05/2021 - 01/2022

Hot Springs National Park, AR 71901-5410

Garland County

(Residential)

**Neighborhood Profile**
Average Age: 36

Median Household Income: $30,526

Median Home Value: $99,412

Average Years of Education: 15

6. [redacted] Prior 04/2020 - 12/2022

Little Rock, AR 72207-4135

Pulaski County

(Business) / (Social Services Facility)

**Neighborhood Profile**
Average Age: 49

Median Household Income: $40,333

Median Home Value: $246,154

Average Years of Education: 15

| | | | |
|---|---|---|---|
| 7. | [redacted] | Prior | 11/2018 - 08/2023 |

Hot Springs National Park, AR
71913-3659

Garland County

(Residential, High-rise)

**Neighborhood Profile**
Average Age: 34

Median Household Income: $30,926

Median Home Value: $96,324

Average Years of Education: 12

| | | | |
|---|---|---|---|
| 8. | [redacted] | Prior | 09/2018 - 04/2021 |

Hot Springs National Park, AR
71901-6015

Garland County

(Residential)

**Neighborhood Profile**
Average Age: 36

Median Household Income: $29,151

Median Home Value: $61,000

Average Years of Education: 11

| | | | |
|---|---|---|---|
| 9. | [redacted] | Prior | 07/2014 - 01/2021 |

North Little Rock, AR 72116-8745

Pulaski County

(Residential)

**Neighborhood Profile**
Average Age: 35

Median Household Income: $43,550

Median Home Value: $135,169

Average Years of Education: 13

10. [redacted] Prior 03/2020

Little Rock, AR 72207-4135

**Neighborhood Profile**
Average Age: 49

Median Household Income: $40,333

Median Home Value: $246,154

Average Years of Education: 15

11. [redacted] Prior 03/2018 - 03/2020

Hot Springs National Park, AR 71901-5263

Garland County

(Business, High-rise)

**Neighborhood Profile**
Average Age: 36

Median Household Income: $30,526

Median Home Value: $99,412

Average Years of Education: 15

12. [redacted] Prior 12/2017 - 12/2018

Hot Springs National Park, AR 71901-5283

Garland County

(Business, High-rise)

**Name Associated with Address**
Ainey, Ursula Theresa

**Neighborhood Profile**
Average Age: 36

Median Household Income: $30,526

Median Home Value: $99,412

Average Years of Education: 15

13. [redacted] Prior 09/2017 - 10/2017

Hot Springs National Park, AR 71901-5263

Garland County

(Business, High-rise)

**Name Associated with Address**
Ainey, Ursula Theresa

**Neighborhood Profile**
Average Age: 36

Median Household Income: $30,526

Median Home Value: $99,412

Average Years of Education: 15

14. [redacted] Prior 02/2014 - 07/2014

North Little Rock, AR 72118-4955

Pulaski County

(Residential)

**Neighborhood Profile**
Average Age: 32

Median Household Income: $59,921

Median Home Value: $66,000

Average Years of Education: 12

15. [redacted] Prior 04/2013 - 03/2014

Little Rock, AR 72206-2304

Pulaski County

(Business) / (Social Services Facility)

**Neighborhood Profile**
Average Age: 42

Median Household Income: $50,272

Median Home Value: $40,000

Average Years of Education: 11

16. [redacted] Prior 06/2013 - 02/2018

Little Rock, AR 72216-4411

Pulaski County

(Residential, PO Box)

**Neighborhood Profile**
Average Age: 42

Median Household Income: $74,091

Median Home Value: $253,448

Average Years of Education: 14

17. [redacted] Prior 02/2013

Little Rock, AR 72206-4112

Pulaski County

(Business)

**Neighborhood Profile**
Average Age: 45

Median Household Income: $33,814

Median Home Value: $66,400

Average Years of Education: 11

18. [redacted] Prior 07/2003 - 12/2025

Ashdown, AR 71822-9012

Little River County

(Residential)

**Possible Household Members**
Burchfield, Abby Jo

Burchfield, Aubrey Morgan

Burchfield, Cody Jane

Burchfield, Jodi Leigh

Burchfield, Larry J

**Neighborhood Profile**
Average Age: 51

Median Household Income: $39,113

Median Home Value: $127,315

Average Years of Education: 12

19. [redacted] Prior 02/2012 - 06/2013

Cove, AR 71937-0403

Polk County

(Residential, PO Box)

**Neighborhood Profile**
Average Age: 41

Median Household Income: $57,075

Median Home Value: $103,571

Average Years of Education: 12

20. [redacted] Prior 11/2023 - 03/2025

Little Rock, AR 72217-7033 / (US Postal Service)

**Neighborhood Profile**
Average Age: 41

Median Household Income: $147,588

Median Home Value: $765,369

Average Years of Education: 17

21. [redacted] Prior

Little Rock, AR 72217-7827

Pulaski County

(Business, PO Box)

**Neighborhood Profile**
Average Age: 41

Median Household Income: $147,588

Median Home Value: $765,369

Average Years of Education: 17

22. [redacted] Prior

Pine Bluff, AR 71611-9771

Jefferson County

(Residential, PO Box)

**Neighborhood Profile**
Average Age: 43

Median Household Income: $18,846

Median Home Value: $82,727

Average Years of Education: 12

| | | | |
|---|---|---|---|
| 23. | 302 Rooselvelt E Rd | Prior | 03/2013 |
| | Little Rock, AR 72206 | | |

**Neighborhood Profile**
Average Age: 46

Median Household Income: $32,692

Median Home Value: $170,690

Average Years of Education: 13

| | | | |
|---|---|---|---|
| 24. | [redacted] | Prior | 09/2017 |
| | Hot Springs National Park, AR 71901-5263 | | |
| | Garland County | | |
| | (Business, High-rise) | | |

**Neighborhood Profile**
Average Age: 36

Median Household Income: $30,526

Median Home Value: $99,412

Average Years of Education: 15

| | | | |
|---|---|---|---|
| 25. | [redacted] | Prior | 04/2014 |
| | North Little Rock, AR 72116-8745 | | |

**Neighborhood Profile**
Average Age: 35

Median Household Income: $43,550

Median Home Value: $135,169

Average Years of Education: 13

| | | | |
|---|---|---|---|
| 26. | [redacted] | Prior | 09/2009 - 04/2010 |
| | Ashdown, AR 71822-8467 | | |
| | Little River County | | |
| | (Residential) | | |

**Neighborhood Profile**
Average Age: 57

Median Household Income: $69,231

Median Home Value: $79,434

Average Years of Education: 13

27. [redacted] Prior 11/2008

Ashdown, AR 71822-8446

Little River County

(Residential)

**Neighborhood Profile**
Average Age: 57

Median Household Income: $69,231

Median Home Value: $79,434

Average Years of Education: 13

## Phone Summary (5 phones)

| No. | Phone | To-From | Line Type | Listing Name | Carrier |
|---|---|---|---|---|---|
| 1. | [redacted] | 3/2024 - 7/2026. | Possible Wireless. | BRADLEY BURCHFIELD. | CELLCO PARTNERSHIP DBA VERIZON WIRELESS - AR. |
| 2. | [redacted] | 3/2025 - 3/2025. | Possible Wireless. | . | CELLCO PARTNERSHIP DBA VERIZON WIRELESS - AR. |
| 3. | [redacted] | 4/2002 - 12/2025. | Cable. | BRADLEY C BURCHFIELD. | AT&T ENTERPRISES, LLC. |
| 4. | [redacted] | 1/2010 - 6/2010. | Possible Wireless. | BILL VICKERS. | NEW CINGULAR WIRELESS PCS, LLC - IL. |
| 5. | [redacted] | 5/2025 - 7/2026. | Possible Wireless. | BRADLEY C BURCHFIELD. | NEW CINGULAR WIRELESS PCS, LLC - IL. |

## Voter Registrations (1 record found)

| No. | Voter Name/Address | Status | Registration Date | Location |
|---|---|---|---|---|
| 1. | Burchfield, Bradley Craig<br>[redacted]<br>Ashdown, AR 71822-9012 | Active | Registration: 01/03/2008 | AR |

**Personal Information**

Name: Burchfield, Bradley Craig

Address: [redacted]

Ashdown, AR 71822-9012

SSN: [redacted]

DOB: [redacted]1984

**Voter Information**

Registration Date: 01/03/2008

Last Vote Date: 11/04/2008

Party: NONE DECLARED

Active or Inactive: ACTIVE

## Licenses (7 licenses)
## Driver Licenses - 0 licenses
## Other Licenses - 7 licenses

| No. | Type | Status | Issued/Expired | Location |
|---|---|---|---|---|
| 1. | Other - Sports | | Licensed: 2022 | AR |

**License Info**

**Burchfield, Bradley C**

[redacted]

Hot Springs, AR 71913-3659

SSN: [redacted]

License Type: Fishing

License State: ARKANSAS

| No. | Type | Status | Issued/Expired | Location |
|---|---|---|---|---|
| 2. | Other - Sports | | Licensed: 2021 | AR |

**License Info**

**Burchfield, Bradley C**

[redacted]

Hot Springs, AR 71913-3659

SSN: [redacted]

License Type: Hunting

License State: ARKANSAS

| | | | |
|---|---|---|---|
| 3. | Other - Sports | Licensed: 10/06/2019 | AR |

**License Info**

**Burchfield, Bradley C**

[redacted]

Hot Springs, AR 71913-3659

SSN: [redacted]

Dob: 1984

License Type: Hunting And Fishing

Home State: ARKANSAS

License State: ARKANSAS

| | | | |
|---|---|---|---|
| 4. | Other - Sports | Licensed: 08/01/2007 | AR |

**License Info**

**Burchfield, Bradley C**

[redacted]

Ashdown, AR 71822-9012

SSN: [redacted]

Dob: 1984

License Number: [redacted]

License Type: Fishing

Home State: ARKANSAS

License State: ARKANSAS

| | | | |
|---|---|---|---|
| 5. | Other - Sports | Licensed: 08/01/2007 | AR |

**License Info**

**Burchfield, Bradley C**

[redacted]

Ashdown, AR 71822-9012

SSN: [redacted]

Dob: 1984

License Number: [redacted]

License Type: Hunting And Fishing

Home State: ARKANSAS

License State: ARKANSAS

6. Other - Sports Licensed: 11/17/2002 AR

**License Info**

**Burchfield, Bradley C**

[redacted]

Ashdown, AR 71822-9012

SSN: [redacted]

Gender: Male

License Number: [redacted]

License Type: Hunting And Fishing

Home State: ARKANSAS

License State: ARKANSAS

7. Other - Sports AR

**License Info**

**Burchfield, Bradley C**

[redacted]

Ashdown, AR 71822-9012

SSN: [redacted]

License Number: [redacted]

License Type: Hunting

Home State: ARKANSAS

License State: ARKANSAS

## Real Property (2 current, 1 prior)

| No. | Address | Status | Purchase Price | Sale Price | State |
|---|---|---|---|---|---|
| 1. | [redacted] | Current | [redacted] | | AR |

Little Rock, AR 72201-1670

County/FIPS: PULASKI/05119

Source: A

**Owner Info**

**Burchfield, Bradley**

**Legal Info**

Parcel Number[redacted]

Sale Date: 09/23/2025

Assessment Year: 2025

Sale Price: [redacted]

Recording Date: 09/29/2025

Document Type: Assessor

Assessed Value: [redacted]

Total Market Value: [redacted]

Type of Address: Sfr

Mortgage Lender Name: FLAT BR MTG INC

Legal Description: LOT 1106

**Mortgage Info 1**

Loan Amount: [redacted]

Description: Grant Deed

Loan Type: Federal Housing Authority

Recording Date: 09/29/2025

Contract Date: 09/23/2025

Transaction Type: Resale

| No. | Address | Status | Purchase Price | Sale Price | State |
|---|---|---|---|---|---|
| 2. | [redacted] | Current | | | AR |

Little Rock, AR 72201-1670

Source: B

**Owner Info**

**Legal Info**

Sale Date: 09/23/2025

Recording Date: 09/29/2025

Document Type: Deed

Type of Address: Condominium

**Mortgage Info 1**

Loan Amount: [redacted]

Lender Name: FLAT BRANCH HOME LOANS INC

Loan Type: Fha

Recording Date: 09/29/2025

Contract Date: 09/23/2025

3. Prior [redacted]

Source: B

**Owner Info**

**Burchfield, Bradley**

[redacted]

Little Rock, AR 72201-1670

**Legal Info**

Sale Date: 09/23/2025

Sale Price: [redacted]

Recording Date: 09/29/2025

Document Type: Deed

Type of Address: Condominium

**Mortgage Info 1**

Recording Date: 09/29/2025

Contract Date: 09/23/2025

## Personal Property (3 current, 8 prior)

| No. | Type | Status | Year/Make | Model | VIN | Jurisdiction |
|---|---|---|---|---|---|---|
| 1. | MVR | Current | 2002 Chevrolet | Silverado, Crew Pickup | [redacted] | AR |

**Vehicle Information**

VIN: [redacted]

Model Year: 2002

Make: Chevrolet

Model: Silverado

Series: K3500

Class/Type: Passenger Car/Light Truck

Body Style: Crew Pickup

Primary Color: Black

State of Origin: AR

Net Weight: 7000

Base Price: [redacted]

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

[redacted]

Little Rock, AR 72201-1670

Title Number: [redacted]

Title Date: 01/12/2026

Status: :

Mileage: 0

**Owner 2**

**Burchfied, Bradley**

[redacted]

Little Rock, AR 72201-1670

Dob: [redacted] 1984

Title Number: [redacted]

Title Date: 01/12/2026

Status: :

Mileage: 0

**Registrant 1**

[redacted]

Little Rock, AR 72201-1670

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number: [redacted]

Previous Plate State: AR

License Plate Type: Private

Original Registration Date: 12/22/2025

Latest Registration Date: 07/02/2026

Expiration Date: 08/31/2027

**Registrant 2**

**Burchfied, Bradley**

[redacted]

Little Rock, AR 72201-1670

Dob: 06/1984

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number: [redacted]

Previous Plate State: AR

License Plate Type: Private

Original Registration Date: 12/22/2025

Latest Registration Date: 07/02/2026

Expiration Date: 08/31/2027

| | | | | | | |
|---|---|---|---|---|---|---|
| 2. | MVR | Current | 2003 Harley-Davidson | XL883, Road/Street | [redacted] | AR |

**Vehicle Information**

VIN: [redacted]

Model Year: 2003

Make: Harley-Davidson

Model: XL883

Series: HUGGER

Class/Type: Motorcycle

Body Style: Road/Street

Primary Color: Blue

State of Origin: AR

Net Weight: 489

Base Price: [redacted]

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

**Burchfield, Bradley**

[redacted]

Little Rock, AR 72204-1903

Dob: [redacted]/1984

Title Number: [redacted]

Title Date: 03/10/2023

Status: :

Mileage: 0

**Registrant 1**

**Burchfied, Bradley**

[redacted]

Little Rock, AR 72207-6062

Dob: [redacted] 1984

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number: [redacted]

Previous Plate State: AR

License Plate Type: Motorcycle

Original Registration Date: 06/09/2025

Latest Registration Date: 02/06/2026

Expiration Date: 03/31/2027

3. MVR Current 2020 Chevrolet Malibu, Sedan 4 Door [redacted] AR

**Vehicle Information**

VIN: [redacted]

Model Year: 2020

Make: Chevrolet

Model: Malibu

Series: LT

Class/Type: Passenger Car/Light Truck

Body Style: Sedan 4 Door

Primary Color: White

State of Origin: AR

Net Weight: 3159

Base Price: [redacted]

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

[redacted]

Little Rock, AR 72201-1670

Title Number: [redacted]

Title Date: 01/12/2026

Status: :

Mileage: 0

**Owner 2**

**Burchfied, Bradley**

[redacted]

Little Rock, AR 72201-1670

Dob: [redacted]/1984

Title Number: [redacted]

Title Date: 01/12/2026

Status: :

Mileage: 0

**Registrant 1**

[redacted]

Little Rock, AR 72201-1670

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number: [redacted]

Previous Plate State: AR

License Plate Type: Private

Original Registration Date: 12/22/2025

Latest Registration Date: 01/15/2026

Expiration Date: 02/28/2027

**Registrant 2**

**Burchfied, Bradley**

[redacted]

Little Rock, AR 72201-1670

Dob: [redacted]/1984

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number: [redacted]

Previous Plate State: AR

License Plate Type: Private

Original Registration Date: 12/22/2025

Latest Registration Date: 01/15/2026

Expiration Date: 02/28/2027

**Lien Holder 1**

**JOHN GIBSON AUTO SALES**

[redacted]

Hot Springs National Park, AR 71913-7955

| | | | | | | |
|---|---|---|---|---|---|---|
| 4. | MVR | Prior | 2005 Chevrolet | Impala, Sedan 4 Door | [redacted] | AR |

**Vehicle Information**

VIN: [redacted]

Model Year: 2005

Make: Chevrolet

Model: Impala

Series: LS

Class/Type: Passenger Car/Light Truck

Body Style: Sedan 4 Door

Primary Color: Gold

State of Origin: AR

Net Weight: 3000

Base Price: [redacted]

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

**Burchfield, Bradley**

[redacted]

Hot Springs National Park, AR 71901-5263

Dob: [redacted]/1984

Title Number: 761007998267

Title Date: 10/13/2017

Status: :

Mileage: 0

**Registrant 1**

**Burchfield, Bradley**

[redacted]

Hot Springs National Park, AR 71901-5263

Dob: [redacted]/1984

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number: [redacted]

Previous Plate State: AR

License Plate Type: Private

Original Registration Date: 09/12/2017

Latest Registration Date: 09/12/2017

Expiration Date: 09/30/2018

5. MVR Prior 2002 Saturn SC2, 3 Door Coupe [redacted] AR

**Vehicle Information**

VIN: [redacted]

Model Year: 2002

Make: Saturn

Model: SC2

Series: SC2

Class/Type: Passenger Car/Light Truck

Body Style: 3 Door Coupe

Primary Color: Burgundy

State of Origin: AR

Net Weight: 3000

Base Price: [redacted]

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

**Burchfield, Bradley**

[redacted]

North Little Rock, AR 72116-8745

Dob: [redacted]/1984

Title Number: [redacted]

Title Date: 01/30/2015

Status: :

Mileage: 0

**Registrant 1**

**Burchfield, Bradley**

[redacted]

North Little Rock, AR 72116-8745

Dob: [redacted]/1984

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number: [redacted]

Previous Plate State: AR

License Plate Type: Private

Original Registration Date: 01/20/2015

Latest Registration Date: 01/20/2015

Expiration Date: 02/28/2015

6. MVR Prior 2000 Mazda 626, Sedan 4 Door [redacted] AR

**Vehicle Information**

VIN: [redacted]

Model Year: 2000

Make: Mazda

Model: 626

Series: ES/LX

Class/Type: Passenger Car/Light Truck

Body Style: Sedan 4 Door

Primary Color: White

State of Origin: AR

Net Weight: 2961

Base Price: [redacted]

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

**Burchfield, Brad**

[redacted]

Ashdown, AR 71822-9012

Dob: [redacted]/1984

Title Number: [redacted]

Title Date: 07/10/2012

Status: :

Mileage: 0

**Registrant 1**

**Burchfield, Brad**

[redacted]

Ashdown, AR 71822-9012

Dob: [redacted]/1984

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number [redacted]

Previous Plate State: AR

License Plate Type: Private

Original Registration Date: 12/19/2011

Latest Registration Date: 12/19/2011

Expiration Date: 12/31/2012

| | | | | | | |
|---|---|---|---|---|---|---|
| 7. | MVR | Prior | 2008 Honda | CBR600, Racer | [redacted] | AR |

**Vehicle Information**

VIN: [redacted]

Model Year: 2008

Make: Honda

Model: CBR600

Series: RR

Class/Type: Motorcycle

Body Style: Racer

Primary Color: Orange

State of Origin: AR

Net Weight: 367

Base Price: [redacted]

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

**Burchfield, Brad**

[redacted]

Ashdown, AR 71822-9012

Dob: [redacted]/1984

Title Date: 05/06/2008

Status: :

Mileage: 0

**Registrant 1**

**Burchfield, Brad**

[redacted]

Ashdown, AR 71822-9012

Dob: [redacted]/1984

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number: [redacted]

Previous Plate State: AR

License Plate Type: Motorcycle

Original Registration Date: 04/20/2009

Latest Registration Date: 08/31/2011

Expiration Date: 05/31/2012

**Lien Holder 1**

**GE MONEY BANK**

[redacted]

Saint Paul, MN 55101-1314

8. MVR Prior 1993 Pontiac Trans, Sport Van [redacted] AR

**Vehicle Information**

VIN: [redacted]

Model Year: 1993

Make: Pontiac

Model: Trans

Series: SE

Class/Type: Passenger Car/Light Truck

Body Style: Sport Van

Primary Color: Red

State of Origin: AR

Net Weight: 3795

Base Price: [redacted]

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

**Burchfield, Brad**

[redacted]

Ashdown, AR 71822-9012

Dob: [redacted]/1984

Title Number: [redacted]

Title Date: 09/19/2011

Status: :

Mileage: 0

**Registrant 1**

**Burchfield, Brad**

[redacted]

Ashdown, AR 71822-9012

Dob: [redacted]/1984

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number: [redacted]

Previous Plate State: AR

License Plate Type: Private

Original Registration Date: 03/23/2011

Latest Registration Date: 03/23/2011

Expiration Date: 03/31/2012

| | | | | | | |
|---|---|---|---|---|---|---|
| 9. | MVR | Prior | 1997 Chevrolet | GMT-400, Pickup | [redacted] | AR |

**Vehicle Information**

VIN: [redacted]

Model Year: 1997

Make: Chevrolet

Model: GMT-400

Series: C1500

Class/Type: Passenger Car/Light Truck

Body Style: Pickup

State of Origin: AR

Net Weight: 3900

Base Price: [redacted]

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

**Burchfield, Brad**

[redacted]

Ashdown, AR 71822-8467

Dob: [redacted]/1984

Title Number: [redacted]

Title Date: 09/25/2009

Status: :

Mileage: 0

**Registrant 1**

**Burchfield, Brad**

[redacted]

Ashdown, AR 71822-8467

Dob: [redacted]/1984

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number: [redacted]

Previous Plate State: AR

License Plate Type: Private

Original Registration Date: 04/07/2010

Latest Registration Date: 04/07/2010

Expiration Date: 04/30/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | MVR | Prior | 2001 Chrysler | PT Cruiser, Sport Van | [redacted] | AR |

**Vehicle Information**

VIN: [redacted]

Model Year: 2001

Make: Chrysler

Model: PT Cruiser

Series: BASE

Class/Type: Passenger Car/Light Truck

Body Style: Sport Van

State of Origin: AR

Net Weight: 3300

Base Price: [redacted]

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

**Burchfield, Brad**

[redacted]

Ashdown, AR 71822-9012

Dob: [redacted]/1984

Title Number: [redacted]

Title Date: 04/05/2007

Status: :

Mileage: 0

**Registrant 1**

**Burchfield, Brad**

[redacted]

Ashdown, AR 71822-9012

Dob: [redacted]/1984

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number: [redacted]

Previous Plate State: AR

License Plate Type: Private

Original Registration Date: 03/24/2008

Latest Registration Date: 04/02/2009

Expiration Date: 04/30/2010

| | | | | | | |
|---|---|---|---|---|---|---|
| 11. | MVR | Prior | 1976 CHEVROLET | 10/1500, PICKUP | [redacted] | AR |

**Vehicle Information**

VIN: [redacted]

Model Year: 1976

Make: CHEVROLET

Model: 10/1500

Series: BASE

Class/Type: Passenger Car/Light Truck

Body Style: PICKUP

Primary Color: Blue

State of Origin: AR

Net Weight: 4000

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

**Burchfield, Brad**

[redacted]

Ashdown, AR 71822-9012

Dob: [redacted]/1984

Title Number: [redacted]

Title Date: 07/10/2012

Status: :

Mileage: 0

**Registrant 1**

**Burchfield, Brad**

[redacted]

Ashdown, AR 71822-9012

Dob: 06/1984

Plate Number: [redacted]

License Plate State: AR

Previous Plate Number: [redacted]

Previous Plate State: AR

License Plate Type: Antique

Original Registration Date: 03/06/2009

Latest Registration Date: 03/06/2009

Expiration Date: 03/06/2010

## Possible Education (1 records found)

| No. | School | To-From | Level |
|---|---|---|---|
| 1. | Texarkana College | 03/14/2012 - 03/06/2013 | Two Year College |

**Personal Information**

Name: Burchfield, Bradley

Address: [redacted]

Cove, AR 71937-0403

Date of Birth: 00/0

SSN: [redacted]

LexID: 0315-3284-5010

Attended High School: Yes

Is Current Student: True

**College Data**

Attended College 1: Yes

College 2Yr/4yr/Grad 1: Two Year College

College Education Program Tier 1: 6

College Public/Private 1: Public

Name: TEXARKANA COLLEGE

Level: TWO YEAR COLLEGE

Type: PUBLIC/STATE SCHOOL

Original Name: TEXARKANA COLLEGE

Attended College 2: Yes

College 2Yr/4yr/Grad 2: Two Year College

College Education Program Tier 2: 6

College Public/Private 2: Public

## Possible Criminal/Arrest (0 filings)

## Bankruptcy (0 active, 1 closed)

| No. | Type | Status | Filing Date | Case Number | Jurisdiction |
|---|---|---|---|---|---|
| 1. | Chapter 7 | Closed | 06/27/2013 | 1313677 | Arkansas Eastern - Little Rock |

**Petitioner 1**

**Burchfield, Bradley C**

[redacted]

Little Rock, AR 72216-4411

Type: Individual - Individual

**Bankruptcy Information**

Filing Status: Voluntary

Filing Type: Individual

Comment: Single Debtor

**Attorney 1**

**Gregory W Harris Att At Law**

510 W 4th St Ste A

North Little Rock, AR 72114-4649

**Attorney 2**

**Harris, Gregory W**

510 W 4th St Ste A

North Little Rock, AR 72114-4649

**Trustee 1**

**Wetzel, Frederick S III**

200 N State St Ste 200

Little Rock, AR 72201-1399

**Status Information**

Status: Closed

Date: 10/16/2013

**Status Information**

Status: Discharged

Date: 10/01/2013

## Judgment / Liens (1 active, 0 closed)

| No. | Type | Status | Amount | Filing Date | Filing Number | Jurisdiction |
|---|---|---|---|---|---|---|
| 1. | Civil Judgment | See Details | $787.00 | 06/21/2013 | CV2013043 | Arkansas |

**Debtor 1**

**Burchfield, Bradley C**

[redacted]

Ashdown, AR 71822-9012