# EXHIBIT 4

**DECLARATION OF XINGJIAN ZHAO**

I, Xingjian Zhao, declare as follows:

1. I am Legal Counsel of AliExpress E-Commerce One Pte. Ltd. ("AliExpress E-Commerce"). I make this declaration based on personal knowledge and my review of corporate records in the regular course of my duties. I am over the age of eighteen and am authorized to make the statements set forth in this declaration. If called as a witness, I could and would competently testify to the statements set forth below.

2. I am aware that AliExpress E-Commerce has been named as a defendant in a lawsuit filed by Plaintiff Bradley Burchfield in the Circuit Court of Pulaski County, Arkansas that: (a) is captioned *Bradley Burchfield v. Alibaba Group Holding Limited, et al.*, Case No. 60CV-26-8633 (the "State Court Lawsuit"); and (b) was commenced on July 8, 2026.

3. AliExpress E-Commerce has not been served with the Summons and Complaint in the State Court Lawsuit.

4. If AliExpress E-Commerce had been properly served in the State Court Lawsuit, AliExpress E-Commerce would consent to removal of the State Court Lawsuit to the United States District Court for the Eastern District of Arkansas.

5. AliExpress E-Commerce is, and was when the State Court Lawsuit was commenced, a corporation incorporated under the laws of the Republic of Singapore with its principal place of business in the Republic of Singapore.

6. Nothing in this declaration should be construed as a waiver by AliExpress E-Commerce of any defenses (including but not limited to lack of personal jurisdiction). AliExpress E-Commerce expressly reserves the right to raise all defenses in future proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of August, 2026.

Xingjian Zhao