# EXHIBIT 5

**DECLARATION OF BEIXIAO ROBERT LIU**

I, Beixiao Robert Liu, declare as follows:

1. I submit this declaration in support of the accompanying Notice of Removal filed by Defendants Alibaba Group Holding Limited, Alibaba Group (U.S.) Inc., Alibaba.com US E-Commerce Corp., Alibaba.com U.S. LLC, and AUS Merchant Services, Inc. (collectively, "the Removing Defendants"), which removes the Circuit Court of Pulaski County, Arkansas lawsuit *Bradley Burchfield v. Alibaba Group Holding Limited, et al.*, Case No. 60CV-26-8633 (the "State Court Lawsuit") to the United States District Court for the Eastern District of Arkansas. I am an attorney admitted to practice in the United States District Court for the Eastern District of Arkansas. I represent the Removing Defendants.

2. I make this declaration based on personal knowledge and my review of the websites discussed below. I am over the age of eighteen. If called as a witness, I could and would competently testify to the statements set forth below.

3. I was born in the People's Republic of China ("China"). I am fluent in Mandarin Chinese and English.

4. Plaintiff named various defendants in the State Court Lawsuit, including what he identified as "Zichang New Materials (Shandong) Co., Ltd." (which is an English translation of a company's Mandarin Chinese name: 紫昌新材料（山东）有限公司) and "Zhishang New Materials (Shandong) Co., Ltd." (which is an English translation of a company's Mandarin Chinese name: 至上新材料（山东）有限公司).

5. There is an official government website in China that provides information about Chinese corporations. That website address is http://www.gsxt.gov.cn. I searched that website for information about Zichang New Materials (Shandong) Co., Ltd. That website shows that that

company changed its name to Zhishang New Materials (Shandong) Co., Ltd. in October 2021 and changed its name again to Zhishang New Materials (Jinan) Co., Ltd. in June 2025. I refer to that company here as "Zichang/Zhishang." That website further shows that Zichang/Zhishang is (and has been since before July 8, 2026) a corporation incorporated under the laws of China, with its principal place of business (headquarters) in China. That website information (including an English translation) is attached as **Exhibit A**.

6. Plaintiff also named a defendant in the State Court Lawsuit that he identified as "Shaanxi Bloom Tech Co. Ltd." I refer to that company here as "Shaanxi." Shaanxi has a company website (https://www.bloomtechz.com/), which has a certificate that states: (a) that Shaanxi's Mandarin Chinese name is 陕西初绽科技有限公司; and (b) that Shaanxi's unified social credit identifier number (which is a unique number assigned to a Chinese company) is 91610104MA6TT4GJ0X. That certificate (including an English translation) is attached as **Exhibit B**.

7. I searched the official Chinese government website that provides information about Chinese corporations (discussed above in Paragraph 5) for information about Shaanxi. That website: (a) shows the same unified social credit identifier number for Shaanxi (91610104MA6TT4GJ0X); and (b) shows that Shaanxi is (and has been since before July 8, 2026) a corporation incorporated under the laws of China, with its principal place of business (headquarters) in China. That website information (including an English translation) is attached as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of August, 2026.

B. Robert Liu

Beixiao Robert Liu

# EXHIBIT A

# 国家企业信用信息公示系统

NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

企业名称　　至上新材料（济南）有限公司

报告生成时间　　2026/8/8 15:20:47

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

## 政府部门公示信息

### 照面信息

统一社会信用代码：91370112MA3WPR1G9W

企业名称：至上新材料（济南）有限公司

类型：有限责任公司(自然人投资或控股)

法定代表人： 王宇林

注册资本： 1.000000万

成立日期： 2021年04月25日

营业期限自：2021年04月25日

营业期限至：

登记机关：济阳区市场监督管理局

核准日期：2026年06月17日

登记状态：在营（开业）企业

住所： 山东省济南市济阳区济阳街道华阳路东、纬一路南客房七层华阳大厦705室

经营范围：一般项目：新材料技术研发；技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；化工产品销售（不含许可类化工产品）；机械设备租赁；机械设备销售；第二类医疗器械销售；第一类医疗器械销售；电子产品销售；五金产品批发；五金产品零售；建筑材料销售；饲料添加剂销售。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）许可项目：货物进出口。（依法须经批准的项目，经相关部门批准后方可开展经营活动，具体经营项目以相关部门批准文件或许可证件为准）

（以上信息仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

国家企业信用信息公示系统

NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# Corporate Credit Information Disclosure Report

**Company Name** Zhi Shang New Materials (Jinan) Co., Ltd.

**Report Generation Date** August 8, 2026, 3:20:47 PM

(The content of this report is for reference only; please refer to the query page of the National Enterprise Credit Information Publicity System for specific details)

## Government Information Disclosure

### Licensing Information

**Unified Social Credit Code:** 91370112MA3WPR1G9W **Company Name:** Zhishang New Materials (Jinan) Co., Ltd. **Type:** Limited Company (Invested or Controlled by Natural Persons) **Legal Representative:** Wang Yulin

**Registered Capital:** 1.000000 ten thousand **Date of Establishment:** April 25, 2021

**Business Term From:** April 25, 2021 **Business Term Ends:**

**Registration Authority:** Jiyang District Market Supervision Administration **Approval Date:** June 17, 2026

**Registration Status:** Active (Operating) Enterprise

**Address:** Room 705, Huayang Building, 7th Floor, East of Huayang Road and South of Weiyi Road, Jiyang Subdistrict, Jiyang District, Jinan City, Shandong Province

**Scope of Business**: General Items: R&D of new materials; technical services, technical development, technical consulting, technical exchange, technology transfer, and technology promotion; sale of chemical products (excluding licensed chemical products); leasing of machinery and equipment; sale of machinery and equipment; sale of Class II medical devices; sale of Class I medical devices; sale of electronic products; wholesale of hardware products;retail of hardware products; sale of building materials; sale of feed additives. (Except for items requiring approval in accordance with the law, the company may independently conduct business activities in accordance with the law based on its business license.) Licensed Activities: Import and export of goods. (For items requiring approval in accordance with the law, business activities may only be conducted after approval by the relevant authorities; specific business items are subject to the approval documents or licenses issued by the relevant authorities.)

(The above information is for reference only; please refer to the query page of the National Enterprise Credit Information Publicity System for specific details.)

首页 | 企业信息填报 | 信息公告 | 重点领域企业 | 导航 | 18888...

国家企业信用信息公示系统
National Enterprise Credit Information Publicity System

企业信用信息 | 经营异常名录 | 严重违法失信名单

请输入企业名称、统一社会信用代码或注册号

目录导航 全部收起

**基础信息**
- 营业执照信息
- 营业期限信息
- 股东及出资信息
- 主要人员信息
- 分支机构信息
- "多证合一"信息公示
- 清算信息
- 变更信息
- 另册管理

**获得荣誉信息**
- 信誉信息

**行政许可信息**
- 行政许可信息

**知识产权信息**
- 知识产权信息
- 知识产权出质登记信息
- 商标注册信息
- 名称转让信息

**抵押出质信息**
- 动产抵押登记信息
- 股权出质登记信息

**司法协助信息**
- 司法协助信息
- 依人民法院判决申请撤销登记信息

## 至上新材料（济南）有限公司 在营（开业）企业

关注 更多

统一社会信用代码：91370112MA3WPR1G9W
注册号：
法定代表人：王宇林
登记机关：济阳区市场监督管理局
成立日期：2021年04月25日

股东及出资信息 | 变更信息 | 行政许可信息 | 企业年报信息 | 行政处罚信息 | 列入经营异常名... | 列入严重违法失...

### 营业执照信息

| | | | |
|---|---|---|---|
| 统一社会信用代码： | 91370112MA3WPR1G9W | 企业名称： | 至上新材料（济南）有限公司 |
| 注册号： | | 法定代表人： | 王宇林 |
| 类型： | 有限责任公司(自然人投资或控股) | 成立日期： | 2021年04月25日 |
| 注册资本： | 1.000000万 | 核准日期： | 2026年06月17日 |
| 登记机关： | 济阳区市场监督管理局 | 登记状态： | 在营（开业）企业 |
| 住所： | 山东省济南市济阳区济阳街道华阳路东、纬一路南客房七层华阳大厦705室 | | |
| 经营范围： | 一般项目：新材料技术研发；技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；化工产品销售（不含许可类化工产品）；机械设备租赁；机械设备销售；第二类医疗器械销售；第一类医疗器械销售；电子产品销售；五金产品批发；五金产品零售；建筑材料销售；饲料添加剂销售。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）许可项目：货物进出口。（依法须经批准的项目，经相关部门批准后方可开展经营活动，具体经营项目以相关部门批准文件或许可证件为准） | | |

提示：根据《市场主体登记管理条例》及其实施细则，按照《市场监管总局办公厅关于调整营业执照照面事项的通知》要求，国家企业信用信息公示系统将营业执照照面公示内容作相应调整，详见 https://www.samr.gov.cn/zw/zfxxgk/fdzdgknr/djzcj/art/2023/art_9c67139da37a46fc8955d42d130947b2.html

顶部

协助涤除信息

**抽查检查信息 ^**

双随机抽查结果信息

产品质量监督抽查结果信息

认证监管抽查检查结果信息

食品抽查检查结果信息

其他抽查检查结果信息

**违法失信信息 ^**

行政处罚信息

列入经营异常名录信息

列入严重违法失信名单（黑名单）信息

## 变更信息

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|---|
| 6 | 地址变更（住所地址、经营场所、驻在地址等变更） | 山东省济南市历城区北园大街9号荣盛时代国际广场1号楼、2号底层商业楼1621 | 山东省济南市高新区舜华路街道工业南路44号丁豪广场CD座2-2007号 | 2025年6月3日 |
| 7 | 章程备案 | | | 2025年6月3日 |
| 8 | 名称变更（字号名称、集团名称等） | 紫昌新材料（山东）有限公司 | 至上新材料（山东）有限公司 | 2021年10月14日 |
| 9 | 地址变更（住所地址、经营场所、驻在地址等变更） | 山东省济南市历城区华信路3号鑫苑鑫中心2号楼907室 | 山东省济南市历城区北园大街9号荣盛时代国际广场1号楼、2号底层商业楼1621 | 2021年10月14日 |
| 10 | 投资人变更（包括出资额、出资方式、出资日期、投资人名称等） | 股东（发起人）名称:王宇林,证件(照)类型:中华人民共和国居民身份证,证件(照)号码:*... 更多 | 股东（发起人）名称:王晴晴,证件(照)类型:中华人民共和国居民身份证,证件(照)号码:*... 更多 | 2021年10月14日 |

共查询到 11 条记录 共 3 页

首页 上一页 1 2 3 下一页 末页

Home | Corporate Information Submission | Announcements | Companies in Key Sectors | Navigation | 18888...

国家企业信用信息公示系统
National Enterprise Credit Information Publicity System

Enterprise Credit Information | List of Businesses with Abnormal Operations | List of Seriously Law-Breaking and Untrustworthy Entities

Please enter the enterprise name, Unified Social Credit Code, or registration number

Table of Contents Navigation Collapse All

Basic Information

Business License Information | Business Term Information | Shareholder and Capital Contribution Information | Key Personnel Information | Branch Information

Awards and Honors

Administrative Licensing Information

"Info One" Information

Administrative Licensing Information

Intellectual Property Information

Intellectual Property Information

Intellectual Property Pledge Registration Information

Trademark Registration Information Name Transfer Information

Mortgage and Pledge Information

Registration Information on

## Zhi Shang New Materials (Jinan) Co., Ltd.

Operating (Open)

Follow More

**Unified Social Credit Code:** 91370112MA3WPR1G9H

**Registration Number:**

**Legal Representative:** Wang Yulin

**Registration Authority:** Jiyang District Market Supervision Administration

**Date of Establishment:** April 25, 2021

Shareholder and Capital Contribution Information | Change Information | Administrative Licensing Information | Annual Report Information | Administrative Penalty Information | Listed on the Abnormal Business Operations List | Listed on the List of Enterprises with Serious Violations

### Business License Information

| | | | |
|---|---|---|---|
| Unified Social Credit Code | 91370112MA3WPR1G9H | Company Name: | Zhi Shang New Materials (Jinan) Co., Ltd. |
| Registration Number: | | Legal Representative: | Wang Yulin |
| Type: | Limited Company (Invested in or Controlled by a Natural Person) | Date of Establishment: | April 25, 2021 |
| Registered Capital: | 1,000,000 | Approval Date: | June 17, 2026 |
| Registration Authority: | Jiyang District Market Supervision Administration | Registration Status: | Active (Operating) Enterprise |
| Address: | Room 705, Huayang Building, 7th Floor, East of Huayang Road and South of Weiyi Road, Jiyang Subdistrict, Jiyang District, Jinan City, Shandong Province | | |
| Scope of Business: | General Business Activities: Research and development of new materials technology; technical services, technical development, technical consulting, technical exchange, technology transfer, and technology promotion; sales of chemical products (excluding licensed chemical products); leasing of machinery and equipment; sales of machinery and equipment; sales of Class II medical devices; sales of Class I medical devices; sales of electronic products; Wholesale of hardware products; Retail of hardware products; Sale of building materials; Sale of feed additives. (Except for items requiring approval in accordance with the law, the company may independently conduct business activities in accordance with the law based on its business license.) Licensed Activities: Import and export of goods. (For items requiring approval in accordance with the law, business activities may only be conducted after approval by the relevant authorities; specific business items shall be subject to the relevant authorities' approval documents or licenses.) | | |

Note: In accordance with the «Regulations on the Administration of Market Entity Registration» and its implementing rules, and in compliance with the requirements of the «Notice of the General Office of the State Administration for Market Regulation on Adjusting the Information Displayed on Business Licenses», the National Enterprise Credit Information Publicity System has made corresponding adjustments to the information displayed on business licenses. For details, see https://www.samr.gov.cn/[illegible]/art/2023/art_[illegible]e947b2.html

Assistance with Information Removal

**Random Inspection Information ^**

"Double Random" Inspection Results

Product Quality Supervision and Spot-Check Results

Certification Supervision Spot-Check Results

Food Sampling and Inspection Results

Other Spot-Check Results

**Information on Violations and Breaches of Trust ^**

Administrative Penalty Information

Information on Entities Listed on the Business Abnormalities Registry

Information on Inclusion in the List of Serious Violators and Dishonest Entities (Blacklist)

**Change Informatio**

| No. | Changes | Original Content | Revised Content | Date of Change |
|---|---|---|---|---|
| 6 | Address Changes (Residential Address, Business Premises, Registered Address , etc.) | No. 9 Beiyuan Avenue, Licheng District, Jinan City, Shandong Province, Rongsheng Times International , Building 1, Ground Floor Commercial Building 2, Unit 1621 | Unit 2-2007, Block CD, No. 44 Gongye South Road, Shunhua Road Subdistrict, Gaoxin District, Jinan City, Shandong Province Dinghao Plaza, Block CD, Unit 2-2007 | June 3, 2025 |
| 7 | Articles of Association Filing | | | June 3, 2025 |
| 8 | Name Change (Trade Name, Group Name, etc.) | Zichang New Materials (Shandong) Co., Ltd. | Zhishang New Materials (Shandong) Co., Ltd. | October 14, 2021 |
| 9 | Address Change (Registered Address, Business Premises, Location Address , etc.) | Room 307, Building 2, Xinyuan Xinzhong Center, No. 3 Huaxin Road, Licheng District, Jinan City, Shandong Province Room 307 | Room 307, Building 2, Xinyuan Xinzhong Center, No. 3 Huaxin Road, Licheng District, Jinan City, Shandong ProvinceGround-floor commercial units in Buildings 1 and 2, Rongsheng Times International Plaza, No. 9 Beiyuan Avenue, Licheng District, Jinan City, Shando , Building 1 and Ground Floor of Commercial Building 2, Unit 1621 | October 14, 2021 |
| 10 | Changes to Investors (including contribution amount, method of contribution, Date, Investor Name, etc.) | Shareholder (Founder) Name: Wang Yulin, ID Type: People's Republic of China Resident ID Card, ID Number: •... More | Shareholder (Founder) Name: Wang Qingqing, ID Type: People's Republic of China Resident Identity Card, ID Number: •... More | October 14, 2021 |

# EXHIBIT B

System Management
Certificate

Copyright © Shaanxi Bloom Tech Co., Ltd. All Rights Reserved.

WhatsApp
WhatsApp
E-Mail
WeChat
WeChat

# 对外贸易经营者备案登记表

统一社会信用代码： 91610104MA6TT4GJ0L
备案登记表编号： 05207409　　　　进出口企业代码： ————

| | | | |
|---|---|---|---|
| 经营者中文名称 | 陕西初绽科技有限公司 | | |
| 经营者英文名称 | Shaanxi BLOOM TECH Co., Ltd | | |
| 组织机构代码 | ———— | 经营者类型（由备案登记机关填写） | 有限责任公司 |
| 住　所 | [redacted] | | |
| 经营场所（中文） | [redacted] | | |
| 经营场所（英文） | [redacted] | | |
| 联系电话 | [redacted] | 联系传真 | ———— |
| 邮政编码 | 710003 | 电子邮箱 | 1575790865@qq.com |
| 工商登记注册日期 | 2019-12-5 | 工商登记注册号 | ———— |

依法办理工商登记的企业还须填写以下内容

| | | | |
|---|---|---|---|
| 企业法定代表人姓名 | [redacted] | 有效证件号 | 610303198801092415 |
| 注册资金 | 伍佰万元 | （折美元） | |

依法办理工商登记的外国（地区）企业或个体工商户（独资经营者）还须填写以下内容

| | | | |
|---|---|---|---|
| 企业法定代表人/个体工商负责人姓名 | | 有效证件号 | |
| 企业资产/个人财产 | | （折美元） | |

| | |
|---|---|
| 备注 | |

填表前请认真阅读背面的条款，并由企业法定代表人或个体工商负责人签字、盖章。

备案登记机关
（签章）

2019 年 12 月 日

# Foreign Trade Operator Filing and Registration Form

Filing Form Number: 05202499

Unified Social Credit Code: 91610104MA6TT4GJ0X

Import/Export Enterprise Code: [illegible]

| | | | |
|---|---|---|---|
| Chinese Name of the Operator | Shaanxi Chuxuan Technology Co., Ltd. | | |
| English Name of the Business | Shaanxi BLOOM TECH Co., Ltd | | |
| Organization Code | [illegible] | Business Type (To be filled in by the registration authority) | Limited Company |
| Address | [illegible] | | |
| Business Address (Chinese) | [illegible] | | |
| Business Address (English) | [illegible] | | |
| Phone Number | [illegible] | Fax Number | [illegible] |
| ZIP Code | 710001 | Email | 15757909650@qq.com |
| Date of Business Registration | December 5, 2019 | Business Registration Number | [illegible] |

Enterprises that have completed business registration in accordance with the law must also provide the following information

| | | | |
|---|---|---|---|
| Name of the Enterprise's Legal Representative | [illegible] | Valid ID Number | [illegible] |
| Registered Capital | 5 million yuan | | (in U.S. dollars) |

Foreign (regional) enterprises or sole proprietorships (sole proprietors) that have completed business registration in accordance with the law must also provide the following information

| | | |
|---|---|---|
| / Name of the Head of the Individual Business | Valid ID Number | |
| Enterprise Assets / Personal Assets | | (in U.S. dollars) |

| | |
|---|---|
| Remarks | |

Please carefully read the terms on the reverse side before completing this form, and have it signed and stamped by the enterprise's legal representative or the head of the sole proprietorship.

备案登记机关

Nutritional Supplement
Buy One Get One Free

2019 年 月 Date

# EXHIBIT C

# 国家企业信用信息公示系统

NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

企业名称 陕西初绽科技有限公司

报告生成时间 2026/8/9 13:33:4

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

## 政府部门公示信息

### 照面信息

统一社会信用代码：91610104MA6TT4GJ0X

企业名称：陕西初绽科技有限公司

类型：有限责任公司(自然人独资)

法定代表人： 史冲

注册资本： 500.000000万人民币

成立日期： 2019年12月05日

营业期限自：2019年12月05日

营业期限至：

登记机关：西安市莲湖区市场监督管理局

核准日期：2024年06月11日

登记状态：开业

住所： 陕西省西安市莲湖区梁家牌楼28号如意大厦6层629室

经营范围：医药中间体、农药、化工产品(易制毒易燃易爆危险品除外)、食品添加剂、日用百货、植物提取物的生产、销售及技术服务;化工设备及仪器的销售;货物与技术的进出口经营。（依法须经批准的项目，经相关部门批准后方可开展经营活动）

（以上信息仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

# 国家企业信用信息公示系统

NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# Corporate Credit Information Disclosure Report

**Company Name** Shaanxi Chuzhan Technology Co., Ltd.

**Report Generation Date** August 9, 2026, 1:33:4 PM

(The content of this report is for reference only; please refer to the query page of the National Enterprise Credit Information Publicity System for specific details.)

## Government Information Disclosure

### License Information

**Unified Social Credit Code:** 91610104MA6TT4GJ0X **Company Name:** Shaanxi Chuzhan Technology Co., Ltd. **Type:** Limited Company (Wholly Owned by a Natural Person) Shi **Legal Representative:** Chong

**Registered Capital:** 5,000,000 RMB **Date of Establishment:** December 5, 2019

**Business Term From:** December 5, 2019 **Business Term Ends:**

**Registration Authority:** Lianhu District Market Supervision Administration, Xi'an **Approval Date:** June 11, 2024

**Registration Status:** In Operation

**Address:** Room 629, 6th Floor, Ruyi Building, No. 28 Liangjia Pailou, Lianhu District, Xi'an City, Shaanxi Province

**Scope of Business:** Production, sales, and technical services related to pharmaceutical intermediates, pesticides, chemical products (excluding substances that can be easily converted into narcotics, as well as flammable and explosive hazardous materials), food additives, daily necessities, and plant extracts; sales of chemical equipment and instruments; import, export, and trading of goods and technologies.(Business activities requiring approval in accordance with the law may only be conducted after obtaining approval from the relevant authorities)

(The above information is for reference only; please refer to the National Enterprise Credit Information Publicity System for specific details.)