# EXHIBIT 6

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**THIRD DIVISION**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, *et al.*,<br><br>Defendants. | No. 60CV-26-8633 |

**CERTAIN DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL**

Take notice that Defendants Alibaba Group Holding Limited; Alibaba.com U.S. LLC; Alibaba.com US E-Commerce Corp.; Alibaba Group (U.S.) Inc.; and AUS Merchant Services, Inc. have filed a Notice of Removal in the United States District Court for the Eastern District of Arkansas, Central Division, a true and correct copy of which is attached hereto and incorporated herein as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), the filing of the federal-court notice of removal in this Court "shall effect the removal and the State court shall proceed no further unless and until the case is remanded."

Dated: August 13, 2026

Respectfully submitted,

MCDANIEL WOLFF, PLLC

By: ______________________

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
1307 West 4th Street
Little Rock, AR 72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

*Attorneys for Defendants Alibaba Group Holding Limited, Alibaba Group (U.S.) Inc., Alibaba.com US E-Commerce Corp., Alibaba.com U.S. LLC, and AUS Merchant Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the eFlex system. I further certify that, because Plaintiff is proceeding pro se and is not a registered eFlex participant, I served a true and correct copy of the foregoing via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd #7927
Little Rock, AR 72217

/s/ Bart Calhoun
Bart Calhoun