**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**Central Division**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, *et al.*,<br><br>Defendants. | No. 4:26-cv-00826-KGB |

**FIVE DEFENDANTS' RESPONSE TO PLAINTIFF'S EXPEDITED MOTION TO TEMPORARILY RESTRICT ACCESS AND REQUIRE A NARROWLY REDACTED SUBSTITUTE UNDER FEDERAL RULE OF CIVIL PROCEDURE 5.2(D) AND (E)**

Five defendants—Alibaba Group Holding Limited; Alibaba.com US E-Commerce Corp.; Alibaba.com U.S. LLC; Alibaba Group (U.S.) Inc.; and AUS Merchant Services, Inc. (collectively, the "Responding Defendants")—hereby respond to Plaintiff's Expedited Motion to Temporarily Restrict Access and Require a Narrowly Redacted Substitute Under Federal Rule of Civil Procedure 5.2(D) and (E) ("Plaintiff's Motion") (ECF No. 7) and Brief in Support ("Plaintiff's Brief") (ECF No. 8).

Plaintiff's Motion focuses on Exhibit 2 to the Notice of Removal ("Exhibit 2"), which consists of excerpts from a Lexis/Nexis report compiling publicly available information about Plaintiff that was filed with redactions that met—and, in fact, exceeded—the requirements of Rule 5.2(a) of the Federal Rules of Civil Procedure. Before filing that exhibit, counsel redacted telephone numbers, birth dates (except for the year), addresses (except for the city, state, and zip code), email addresses, social security numbers, vehicle information (license plate numbers,

VINs), and other information. Thus, the assertion in Plaintiff's Brief (at Paragraph 2) regarding what is publicly available in Exhibit 2 is incorrect. Moreover, anyone with access to Lexis/Nexis has access to the information compiled in Exhibit 2, including the information that was redacted.

Plaintiff's Motion and Plaintiff's Brief are based on a misconception regarding the burden of proof that a defendant must satisfy when removing a lawsuit from state court to federal court based on diversity jurisdiction. When filing the Notice of Removal, counsel believed in good faith that the information in Defendants' Exhibit 2 was relevant and necessary to present to the Court. Plaintiff's Motion and Plaintiff's Brief now apparently concede Plaintiff's Arkansas citizenship, but those filings were not submitted until ***after*** the Notice of Removal and Exhibit 2 were filed.

As for the specific relief sought in Plaintiff's Motion, the Responding Defendants defer to the Court's preference regarding what should be done with Exhibit 2. To the extent that Plaintiff seeks to have that exhibit filed under seal in its entirety, the Responding Defendants would not oppose such an order. To the extent that Plaintiff seeks to have a version of Exhibit 2 with additional redactions substituted in place of the version of Exhibit 2 that is currently part of the record in this case, the Responding Defendants are willing to consider any additional redactions that Plaintiff may propose (which is not clear from Plaintiff's Motion or Plaintiff's Brief).[1]

By filing this response to address the narrow procedural issue presented in Plaintiff's Motion, the Responding Defendants do not waive any—and reserve the right to assert in the future all—defenses, including but not limited to lack of personal jurisdiction.

[1] Exhibit A-1 to Plaintiff's Brief is not relevant to the issues presented in Plaintiff's Motion or Plaintiff's Brief and is not relevant to any claims or defenses in this lawsuit, so there is no need for the Responding Defendants to address Exhibit A-1 in more detail here. Moreover, the Responding Defendants and counsel deny Plaintiff's baseless accusations regarding threatening emails and/or a personal attack.

Dated: August 18, 2026

Respectfully submitted,

McDANIEL WOLFF, PLLC

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
McDaniel Wolff, PLLC
1307 West 4th Street
Little Rock, AR 72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

and

BALANCE LAW FIRM

B. Robert Liu (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group Holding Limited; Alibaba.com US E-Commerce Corp.; Alibaba.com U.S. LLC; Alibaba Group (U.S.) Inc.; and AUS Merchant Services, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that, because Plaintiff is proceeding *pro se* and is not a registered CM/ECF participant, I served a true and correct copy of the foregoing via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217

/s/ Bart W. Calhoun
Bart W. Calhoun, Ark. Bar No. 2011221