**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**Central Division**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, *et al.*,<br><br>Defendants. | No. 4:26-cv-00826-KGB |

**FIVE DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 12(b)(2), Rule 12(b)(6), and Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure, five defendants—Alibaba Group Holding Limited ("AGHL"), Alibaba.com US E-Commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., and AUS Merchant Services, Inc. ("AUS") (collectively, the "Moving Defendants")—file this motion to dismiss all claims asserted against them. For the reasons stated in more detail in the accompanying Brief in Support, the Court should dismiss those claims because Plaintiff cannot satisfy his burden of establishing that this Court has personal jurisdiction over the Moving Defendants in this case. In the alternative, the Court should dismiss the claims asserted against the Moving Defendants because: (a) those claims are barred by res judicata principles; (b) those claims are barred by applicable statutes of limitations; (c) the breach-of-contract claim fails for lack of a contract between Plaintiff and any of the Moving Defendants; and (d) Plaintiff is not the proper party to assert his other claims. Finally, certain claims asserted against the Moving Defendants should be dismissed because the Complaint fails to plead fraud with particularity and therefore violates the heightened pleading standard imposed by Rule 9(b) of the Federal Rules of Civil Procedure.

Dated: August 20, 2026

Respectfully submitted,

McDANIEL WOLFF, PLLC

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
McDaniel Wolff, PLLC
1307 West 4th Street
Little Rock, AR 72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

and

BALANCE LAW FIRM

B. Robert Liu (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group Holding Limited, Alibaba.com US E-Commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., and AUS Merchant Services, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2026, I electronically filed the foregoing Motion to Dismiss and the accompanying Brief in Support (and exhibits attached thereto) with the Clerk of the Court using the CM/ECF system. I further certify that, because Plaintiff is proceeding *pro se* and is not a registered CM/ECF participant, I served a true and correct copy of the aforementioned documents via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217

/s/ Brittany D. Webb
Brittany D. Webb, Ark. Bar No. 2023139