# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF ARKANSAS

Bradley C. Burchfield, et al. Petitioner
v.
Case No 4:22-CV-00193-DPM
Jack Yun Ma, Alibaba Group Holding Limited (Joseph C. Tsai, Jonathan Zhaoxi Lu, Maggie Wei Wu) David Zhang (CEO); Erica Wang; Casey Zhao; John Doe; Xichang New Materials Ltd; JP Morgan Chase Bank; Amazon; Drug Enforcement Agency (Director) et al. Respondents

Jury Demand
☑ Yes
☐ No

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 23 2022
TAMMY H. DOWNS, CLERK
By: DEP CLERK

Amended Complaint

Comes now the Petitioner, Bradley C. Burchfield, and for an Amended Complaint in the above referenced case. The Petitioner brings this case under 18 U.S.C. § 1961-1968 "Racketeer Influenced Corrupt Organization"; Ark Code 4-119-101-105 "Online Marketplace Inform Act"; the Alien Tort Act of 18 U.S.C. § 2333(a); and violation of the Controlled Substances Act, and unjust enrichment.

In addition, the Petitioner pleads with the court for relief under 21 U.S.C. 1901 Section 201(a) of the Terrorism Risk Insurance Act (TRIA), the Anti-Terrorism Clarification Act of 2018, and to have the Defendants listed the Office of Foreign Asset Control as a Foreign Narcotics Kingpin Designation Act of 18 U.S.C. § 2331, 2333-34 Section 805(b). See Stansell v. Revolutionary Armed Forces of Columbia (M.D. Fla. 2010; D.D.C. 2019); 28 U.S.C. § 1963; they also committed theft under Ark Code Ann § 16-118-107

STATEMENT OF CLAIMS

The Petitioner, as owner of Burchfield Sales & Consulting LLC and Burchfield's Welding & Fabrication LLC, made purchases from Alibaba Group Holding Limited's electronic platform (www.alibaba.com), for substances advertised as "rust inhibitors" to be used as weld-through etch primer in the course of his business. This was in March of 2020. The substance was also marketed under "acrylic nail adhesive" as a liquid which he also purchased. The substance had a chemical CAS # 102-97-6, which the petitioner researched after the purchase and receipt

of the products. The products had a distinct ammonia smell similar to a Chinese nail parlor.

After using both products as top-applicated primer in the course of his business as a welder the products, in fact, did not inhibit rust. Even after putting the liquid product, which can also be purchased from Amazon, into a paint gun and applying the substance very liberally on the surface of bare metal the piece still rusted after being welded. The petitioner also attempted to use it as an acrylic nail resin but the nails fell off after being applied. Subsequently, the Petitioner herein, a business owner, could not sell the products as advertised, and sustained excessive losses in business capital and to his business property as the he used it on his ~~[illegible]~~ business owned welder and it rusted the main armature and electrical coils.

One particular package was wrapped in Homeland Security tape, and another was addressed from the CEO David Zhang, of Weifang China, to the petitioner as the Consignee from the Consignor, respectively. Another package, all were samples paid for by the Petitioner, was never delivered and as such, per Alibaba policy, the Petitioner filed a complaint with Alibaba to have the money ($650.00) returned to the Petitioner. The salesperson told the petitioner he was not refunding the money or the products. The Petitioner has spent upwards of $6,000.00 on this product. After some research, it turns out this product is not a "rust inhibitor" but a by-product when pharmaceutical companies make methamphetamine.

Alibaba lists the product as isopropylbenzylamine, as does Amazon, Millipore Sigma, Sigma Aldrich, India Mart, and even the Drug Enforcement Agency's website says it's a "federally legal" substance with the same chemical formula as methamphetamine. As luck would have it the petitioner was arrested with some of this product in his possession and was charged with possession of methamphetamine. All charges but one were dropped, but the Petitioner has sustained loss to his business and his property as the welder will no longer strike an arc and is covered

in a considerable amount of rust. The Petitioner tried several ways to get the product to work as advertised and since it was sold on Amazon the Petitioner used it like Frank's Red Hot Sauce and he "put that shit on everything".

The Petitioner was also labeled in the local paper as a drug addict and lost several contracts from being slandered.

The Petitioner, after arrest filed 40 § 1983 suits against the defendants, and as the Fed. R. Civ. P. State that after being found indigent the court would order the United States Marshals to serve the complaint but does not say the petitioner could not serve it, he served 6:20-cv-6150 on the whole defendant list and their private attorneys, As well as to individual Chinese companies on the Alibaba electronic platform. Subsequently, an announcement was issued in February 2021 that the products mentioned herein would no longer be sold on the site after April 2021 and the stock price fell in half. Similar to the $55 billion dollar loss of 13% during the "class-period" of their initial public offering in 2014-15. The Petitioner can verify all of the statements herein with evidence being held at his fiancé's home at 30 N. Badalona Dr, Hot Springs Village, AR 71909.

Since the filing, my fiancé Staci McGrew, received death threats at her job which she reported to local authorities and ATF. She believes it is a member of an Aryan Gang that tortured and kidnapped her several years ago. The petitioner believes it is related to these filings as he sent the case to the Rosen Law Firm and Glancy, Prongay + Murray LLP, See Ciccarello v. Alibaba Grp. Hldg. Ltd (S.D. N.Y. 2022)

In addition, another threat was received from Defendant John Doe (Mexican Defendant) in December 2021 while at home with my fiancé and her family (her father is an Arkansas State Representative) I received a threatening message written in Spanish referring to Casey Zhao, a Chinese actor, who sells seeds for Naturix on Alibaba platform like Ma Huang seeds used in traditional Chinese Medicine and legal with the FDA as Ma Huang extracts are a food not a drug. The messages were sent on Facebook.

Also, for the court's knowledge, while searching for a muffler for my 1947 Lincoln Sharthood I discovered that silencers, M-16 bolt carriers, and firing pins could be bought on the site as well as armored vehicles and personnel carriers. Which leads the Petitioner to believe that the Alibaba platform is in all reality a narcotics and illegal arms "criminal enterprise" which has also committed wire fraud 18 U.S.C. §1341 and mail fraud 18 U.S.C. §1343 by mislabeling the substances being paid for and the substances being shipped as they are shipped under the names calcium acetate, poly-vinyl alcohol, and acrylic nail resin. These, along with the original predicate acts in the original complaint (18 U.S.C. §1961 (1)(A) dealing in controlled substance which is chargeable under state law and sections 1512 & 1513 "tampering or retaliating against a witness the Petitioner ) are all "RICO Criminal predicate acts" under 18 U.S.C. 1961(5). As the Petitioner has disclosed the substance of the transactions as damages to his business (listed on Alibaba Cloud as Burchfield Sales & Consulting LLC; See DAI v. Alibaba Cloud US LLC (E.D. N.Y. 2020)) that pleading in context would satisfy the element of 18 U.S.C. § 1962(a-d) as needed for a civil rico claim, and fraud.

At all times, each Defendant was materially involved in multiple acts herein constituting a "pattern of racketeering", acts of terrorism as foreign narcotic kingpins, and the Petitioner has been victimized by the lack of prosecution by the federal courts and the Drug Enforcement Agency Director (Official Capacity) as the information on their public website is misleading to the public/consumers as to the legality of isopropylbenzylamine. There is no precedent involving this substance in any case in the United States courts. This "enterprise" consists of more than 5 people.

In addition, by not making these reports and emails public information for their investors further acts of securities fraud are also involved although the Petitioner has no claim to these acts other than the information stored on his Alibaba account. Fed. R. Civ. P. 9(b), Private Securities Litigation Reform Act. See 18 U.S.C. § 1963(K); (g)(3); Cocaine and fentanyl (opiates) also sold on the site by chemical CAS# or formula (Petitioner personal material). All of the defendants showed "a pattern of racketeering" to run a "continuing criminal enterprise".

# DEFENDANT INFORMATION

Defendant 1. - Jack Yun Ma (18 U.S.C. §1961 (3-5))
Founder Alibaba Group Holding Limited
Address: 400 Camino Real
San Mateo, CA
"A resident of New Jersey," See Ma v. Community Bank 494 F. Supp. 252 (E.D. Wis. 1980)

Defendant 2 - Alibaba Group Holding Limited (18 U.S.C. §1961(3-5))
Joseph C. Tsai - Co-Founder
Jonathan Zhaoxi Lu - CEO & Director
Maggie Wei Wu - CFO
David Zhang - Current CEO
Address: Corporation Service Company (SEC Registered
1180 Avenue of the Americas Address)
New York, NY 10036

400 Camino Real Physical Address
San Mateo, CA in United States.

See Stepp v. Alibaba Grp Hldg. Ltd (W.D. KY 2018)

Defendant 3 - Xichang New Materials (Ltd.?) (18 U.S.C §1961(3-5))
Sweety Yin & Erica Wang - Employee/Salespersons
P.O. Box (Petitioner's personal materials)
Rosemead, CA

Defendant 4 - Casey Zhao - Naturix (18 U.S.C. §1961(3))
Address listed Alibaba Cloud
Ark. Code §4-119-101-105

Defendant 5 - John Doe "Juan Doe" (18 U.S.C. §1961(1)(A)
Mexican National? Sections 1512 & 1513)
Facebook friends w/ Casey Zhao
Address unknown, Petitioners Personal materials

18 U.S.C. 1961 (3-5)

Defendant 6 - Alibaba Group Holding Limited (Investors) 10%
J.P. Morgan Chase Bank
Amazon, LLC
Blackrock; et al
Any investor involved in "For Profit Prisons" (Discovery)

Address: Corporation Service Company
1180 Avenue of the Americas
New York, NY 10036

Defendant 7 - Director, "[illegible]," Drug Enforcement Agency
Timothy J. Shea (Official Capacity)
Address: United States Dept. of Justice 18 U.S.C. § 1961(4)
Commercial Litigation Branch
Ben Franklin Station
Washington, D.C. 20044

False and misleading information published concerning isopropylbenzylamine on DEA website leading to the public health epidemic and systematic incarceration, and deprivation of civil rights of American Citizens while protecting Chinese corporations. ~~&~~ Breach of Contract, Failure to protect etc, acts of fraud.

All defendants are sued in both their professional (official) and individual capacities excluding Defendant 7 only in his ~~[illegible] capacity~~. official capacity.

Relief

As the Petitioner suffered damages to both his business and his property (1947 Lincoln Shorthood and 2002 Chevrolet Silverado 3500 - The application of isopropylbenzylamine as a "rust inhibitor" to the under carriage of the vehicle weakened the aluminum on the transfer case leading to the failure of the Allison Transmission $3,500.00 + $4,000.00 Lincoln Welder) see 18 U.S.C. § 1964(c) as well as 18 U.S.C. 1962 (a)(3) seeing

as "compensation can be awarded to persons providing information resulting in a forfeiture under this section" the Petitioner should be awarded "three fold the damages under provision 18 U.S.C. 1964(c).

Compensatory damages in the amount of $22,500.00 for damage to the welder and the truck, and $18,000.00 for loss of capital.

The Petitioner seeks for declatory relief under the Terrorism Risk Insurance Act (TRIA) 21 U.S.C. §1901 Section 201(a) to list the Defendants in all, or in part, on the OFAC list as a Foreign Narcotics Kingpin Designation Act of 18 U.S.C. § 2331, 2333-34 Section 805(b) to freeze their assets in the United States at Citibank New York Branch, and the assets of their "third-party" sellers on alibaba.com or other associated websites. See Stansell v. Revolutionary Armed Forces of Colombia (District Court D.C. 2019 + M.D. Fla 2010)

Punitive Damages of $500,000,000,000.00 in United States currency for deprivation of rights, duress (death threat), physical pain and suffering, etc, Attorney fees, pre-judgement and post-judgment interest, and to "pierce the corporate veil". See TerraRenewal v. McCarty (E.D. Ark 2017)

Other relief sought is for this Honorable Court to assist the Petitioner in pouring a 55 gallon drum of federally "Whoop-Ass" all over the top of these Chinese gangsters heads by agreeing to a "Confidential Joint Prosecution and Sharing Agreement" and placing the Petitioner and his fiance, Staci McGrew, in the Witness Protection Program with the United States Marshals. My 70 year old mother's address is also listed on the site as I purchased LED lights purported to kill the Corona Virus that also did not work.

I declare under penalty of perjury 18 U.S.C. § 1621 and 18 U.S.C. § 1963(b)(3) that the foregoing is true and correct.

04/08/2022

03/20/2022

Bradley C. Buckfield
800 Spring St.
Hot Springs, AR 71901

Bradley Burchfield
109 Goodgame Street
Camden, AR 71201

LITTLE 20







This mail originated
from a criminal
justice facility

United States District Court
Office of the Clerk
600 West Capital Ave. Suite A-149
Little Rock AR 72201-3325

Legal
Mail

Legal
Mail

72201-333919