# EXHIBIT 2

**B. Robert Liu <robert.liu@balancelawfirm.com>**

---

## Case No. 60CV-26-9730 (Pulaski County Circuit Court)

---

**Burchfield Bradley** <burchfieldbradley123@gmail.com> Thu, Aug 6, 2026 at 7:16 PM
To: "B. Robert Liu, Esq." <robert.liu@balancelawfirm.com>

If both Alibaba.com US E-Commerce Corp. and Alibaba Group Holding Limited seek a limited resolution of Case No. 60CV-26-9730, the current offer is $3,000,000.00 USD, please provide their monetary counteroffer and confirm that all five numbered

protections in my prior email apply to both entities. No binding agreement will exist unless and until all material terms are included in a mutually executed written agreement, payment has cleared, and the agreed dismissal documents are filed.

If you're interested in exploring a separate settlement of all claims asserted against the Alibaba Defendants, please send me your settlement counteroffer.

This communication is for settlement purposes only. It is not an agreement to settle or dismiss any claim, extend any deadline, or waive any right. All rights and deadlines are expressly reserved.

Bradley Burchfield
479-223-0038
burchfieldbradley123@gmail.com
burchfieldbradley123@icloud.com
ID#2503103532

On Thu, Aug 6, 2026 at 4:05 PM B. Robert Liu, Esq. <robert.liu@balancelawfirm.com> wrote:

Mr. Burchfield,

Thanks for getting back to me.

I contacted you to request a separate settlement demand involving only the claims asserted in your Pulaski County Circuit Court lawsuit, Case No. 60CV-26-9730. To clarify, I'm inquiring on behalf of two clients that are named as defendants in that lawsuit -- namely, Alibaba US E-Commerce Corp. and Alibaba Group Holding Limited (hereinafter collectively, "the Two Alibaba Defendants"). If you're interested in exploring a separate settlement of all claims asserted against the Two Alibaba Defendants in Case No. 60CV-26-9730, please send me your settlement demand number.

The various other terms proposed in your e-mail below would be acceptable if we can reach agreement on a settlement number. The defendants that would be dismissed and released if a settlement can be reached in Case No. 60CV-26-9730 would be the Two Alibaba Defendants.

This preliminary inquiry is not intended to waive any defenses that the Two Alibaba Defendants have asserted, or may assert in the future, in this lawsuit. The Two Alibaba Defendants reserve the right to assert and litigate all defenses in this lawsuit and all other lawsuits.

B. Robert Liu, Esq.
Balance Law Firm
One World Trade Ctr, Ste 8500
New York, NY 10007
balancelawfirm.com
(212) 741-8080
(631) 490-4465 fax

On Thu, Aug 6, 2026 at 3:04 PM Burchfield Bradley <burchfieldbradley123@gmail.com> wrote:

Mr. Liu:

I am willing to consider a separate resolution of Case No. 60CV-26-9730. I previously transmitted a proposed settlement draft but received no substantive response. Your latest email still does not state a monetary offer or define the proposed scope of settlement.

The docket identifies four defendants in that action, while your email states that you represent Alibaba.com US E-Commerce Corp. Before I provide a settlement-demand number, please clarify whether your client seeks dismissal only of the claims against Alibaba.com US E-Commerce Corp. or dismissal of the entire action, and identify every defendant you are authorized to bind for settlement purposes.

Any separate resolution would have to provide expressly that:

1. The only released party is Alibaba.com US E-Commerce Corp., unless otherwise specifically negotiated. No parent, subsidiary, affiliate, agent, payment entity, seller, officer, attorney, insurer, or other defendant would be released or treated as an intended third-party beneficiary.
2. The settlement does not release, waive, compromise, adjudicate, satisfy, or impair any claim pending in Case No. 60CV-26-8633 or Case No. 4:26-cv-00611-DPM, even if such claim arises from related facts or transactions.
3. Alibaba.com US E-Commerce Corp. will not rely upon the settlement or dismissal of Case No. 60CV-26-9730 as a basis for res judicata, collateral estoppel, claim splitting, Arkansas Rule of Civil Procedure 12(b)(8), release, accord and satisfaction, waiver, merger, bar, or any similar defense in either pending action.
4. The settlement discussions do not extend, toll, stay, or waive any answer, responsive-motion, default, discovery, or other deadline in any pending action.
5. Any stipulation of dismissal and proposed order will contain these same express reservations. No dismissal will be filed until the written agreement is fully executed and the settlement funds have been received and cleared.

Please provide your client's monetary offer and proposed written agreement addressing these subjects. I will then evaluate whether a separate resolution is possible.

This communication is for settlement purposes only. It is not an agreement to settle or dismiss any claim, extend any deadline, or waive any right. All rights and deadlines are expressly reserved.

Sincerely,

Bradley Burchfield
479-223-0038
burchfieldbradley123@gmail.com
burchfieldbradley123@icloud.com
ID#2503103532

On Thu, Aug 6, 2026 at 10:00 AM B. Robert Liu, Esq. <robert.liu@balancelawfirm.com> wrote:

Mr. Burchfield,

I'm writing on behalf my client Alibaba.com US E-Commerce Corp., which is one of the defendants in your lawsuit (Case No. 60CV-26-9730) that is pending in Pulaski County Circuit. That's the case that you initially filed in small claims court and then had transferred to Pulaski County Circuit Court. We're evaluating the possibility of simplifying and stream-lining the issues to be litigated by resolving Case No. 60CV-26-9730 separately, so that the parties can focus on litigating your other lawsuits against Alibaba.com US E-Commerce Corp. (and various other defendants).

If you're interested in exploring a separate settlement of Case No. 60CV-26-9730, please get back to me with a settlement demand number limited to just that lawsuit. I'd appreciate a response from you today or tomorrow.

This preliminary inquiry is not intended to waive any defenses that Alibaba.com US E-Commerce Corp. has asserted, or may assert in the future, in this lawsuit. Alibaba.com US E-Commerce Corp. reserves the right to assert and litigate all defenses in this lawsuit and all other lawsuits.

B. Robert Liu, Esq.
Balance Law Firm
One World Trade Ctr, Ste 8500
New York, NY 10007
balancelawfirm.com

(212) 741-8080
(631) 490-4465 fax

CFA Institute
CFA®
CHARTERHOLDER
BEIXIAO LIU, CFA
Charter Awarded 2022

RATED BY
Super Lawyers
Rising Stars
Beixiao Robert Liu
SuperLawyers.com