**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRADLEY BURCHFIELD** **PLAINTIFF**

**v.** **Case No. 4:26-cv-00826-KGB**

**ALIBABA GROUP HOLDING LIMITED, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court are plaintiff Bradley Burchfield's notice of related actions and motion to consolidate (Dkt. No. 4), and several other motions filed by the parties (Dkt. Nos. 3; 7; 15; 18; 20; 22). Burchfield's claims are related closely to claims he filed in a case pending in the Eastern District of Arkansas. *See Burchfield v. Alibaba.com Singapore E-Commerce Private Limited et al.*, Case No. 4:26-cv-00611-DPM-JJV (filed June 22, 2026). In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to transfer this case to the Honorable D. P. Marshall Jr.

So ordered this the 2nd day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge