**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

BRADLEY BURCHFIELD,

Plaintiff,

v.

ALIBABA GROUP HOLDING LIMITED, *et al.*,

Defendants.

No. 4:26-cv-00826-DPM

**AFFIDAVIT OF SERVICE BY MAIL**

I, Brittany D. Webb, being first duly sworn upon oath, state as follows:

1. I am an attorney with McDaniel Wolff, PLLC, counsel of record for Defendants Alibaba Group Holding Limited, Alibaba.com US E-Commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., and AUS Merchant Services, Inc. in the above-captioned action.

2. I am over the age of eighteen and competent to make this affidavit.

3. The facts stated in this affidavit are based on my personal knowledge.

4. On September 2, 2026, I caused a true and correct copy of Five Defendants' Opposition to Plaintiff's Motion to Remand or for Evidentiary Determination Regarding Amount in Controversy (ECF No. 24) to be served on Plaintiff Bradley Burchfield by depositing the same in the United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, Arkansas 72217

Further affiant sayeth not.

Brittany D. Webb, Ark. Bar No. 2023139

STATE OF ARKANSAS

COUNTY OF PULASKI

Subscribed and sworn to before me this 2 day of September, 2026.

Chandler Perry, Notary Public

My Commission Expires: 2/11/2032

CHANDLER P PERRY
Notary Public-Arkansas
Pulaski County
My Commission Expires 02-11-2032
Commission # 12718028