FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 10 2026
TAMMY H. DOWNS, CLERK
By: [signature]
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY BURCHFIELD, Plaintiff

v.

Case No. 4:26-cv-00826-DPM-JJV

ALIBABA GROUP HOLDING LIMITED, et al., Defendants.

# AFFIDAVIT OF SERVICE BY WRITTEN ACCEPTANCE

Unsworn declaration under 28 U.S.C. § 1746

I, Bradley Burchfield, declare as follows:

1. I am the Plaintiff in this action and in Pulaski County Circuit Court Case No. 60CV-26-11307. I have personal knowledge of the email exchange described below.

2. On September 9, 2026, I received an email from B. Robert Liu, Esq., at robert.liu@balancelawfirm.com. The email is displayed at 6:28 p.m. and states:

> "Balance Law PLLC accepts service of process for the purpose of this lawsuit 60CV-26-11307 only."

3. At 6:37 p.m. that day, as displayed in the exchange, I replied: "I acknowledge receipt of your acceptance." Exhibit A is a true and correct copy of the two-page email exchange, with the redactions shown.

4. I submit this subsequent state-case event concerning the counsel-disqualification issues raised in this action. The acceptance is limited to Case No. 60CV-26-11307 and does not constitute service of process in this federal action.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on Sept 10, 2026.

Bradley Burchfield

Bradley Burchfield, Plaintiff Pro Se
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217
479-223-0038 | burchfieldbradley123@gmail.com

## CERTIFICATE OF SERVICE

Case No. 4:26-cv-00826-DPM-JJV

I certify that I served a true and correct copy of this filing and its attached Exhibit A by the method or methods checked below.

Select each method actually used and complete its date and recipients.

[✓] ECF / CM/ECF electronic service. On Sept 10, 2026, I filed this document through CM/ECF, which transmitted notice to the registered counsel and parties identified in the Notice of Electronic Filing.

[ ] U.S. Mail. On ____________________, 20____, I deposited copies in the United States Mail, first-class postage prepaid, addressed to each recipient checked below at the address stated:

[✓] B. Robert Liu
Balance Law PLLC
1 World Trade Center, Suite 8500
New York, NY 10007

[✓] Bart W. Calhoun and Brittany D. Webb
McDaniel Wolff, PLLC
1307 West 4th Street
Little Rock, AR 72201

[ ] Additional recipient or updated mailing address:

Name: ____________________________________________

Address: __________________________________________

__________________________________________________

Bradley Burchfield (signature)
Bradley Burchfield

**EXHIBIT A | WRITTEN ACCEPTANCE OF SERVICE | PAGE 1 OF 2**

Gmail **Burchfield Bradley <burchfieldbradley123@gmail.com>**

## 60CV-26-11307 BALANCE LAW PLLC MOVED REJECTED SERVICE OF PROCESS

3 messages

---

**Burchfield Bradley** <burchfieldbradley123@gmail.com> **Wed, Sep 9, 2026 at 2:48 PM**
To: "B. Robert Liu, Esq." <robert.liu@balancelawfirm.com>, gashcraft@mcdanielwolff.com, Bart Calhoun <bart@mcdanielwolff.com>, Brittany Webb <bwebb@mcdanielwolff.com>
Bcc: [redacted]

Please see attached. I'll be filing a complaint with the New York Department of State and the New York Bar Association. As well as moving the court to compel other authorized service.

Have a great day.

Bradley Burchfield
479-223-0038
burchfieldbradley123@gmail.com
burchfieldbradley123@icloud.com
ID#2503103532

---

**Screenshot_9-9-2026_14448_secure.abclegal.com.jpeg**
1483K

---

**B. Robert Liu, Esq.** <robert.liu@balancelawfirm.com> **Wed, Sep 9, 2026 at 6:28 PM**
To: Burchfield Bradley <burchfieldbradley123@gmail.com>
Cc: gashcraft@mcdanielwolff.com, Bart Calhoun <bart@mcdanielwolff.com>, Brittany Webb <bwebb@mcdanielwolff.com>

Balance Law PLLC accepts service of process for the purpose of this lawsuit 60CV-26-11307 only.

[Quoted text hidden]

---

**Burchfield Bradley** <burchfieldbradley123@gmail.com> **Wed, Sep 9, 2026 at 6:37 PM**
To: "B. Robert Liu, Esq." <robert.liu@balancelawfirm.com>
Cc: gashcraft@mcdanielwolff.com, Bart Calhoun <bart@mcdanielwolff.com>, Brittany Webb <bwebb@mcdanielwolff.com>
Bcc: [redacted]

I acknowledge receipt of your acceptance.

Have a good day.

Bradley Burchfield
479-223-0038
burchfieldbradley123@gmail.com
burchfieldbradley123@icloud.com
ID#2503103532

**EXHIBIT A | WRITTEN ACCEPTANCE OF SERVICE | PAGE 2 OF 2**

[Quoted text hidden]

Gmail Burchfield Bradley <burchfieldbradley123@gmail.com>

**BALANCE LAW PLLC COMPLAINT - $600 million in fentanyl sales**

2 messages

**Burchfield Bradley** <burchfieldbradley123@gmail.com> Wed, Sep 9, 2026 at 4:46 PM
To: AD1-AGC-newcomplaints@nycourts.gov, attyreg@nycourts.gov, NYSAG@ag.ny.gov, constituent@wvago.gov, ag.consumer@wyo.gov, oag@dc.gov, ag@la.as.gov, publicservice@oagguam.org, attorney_general@cnmioag.org, ayudaalciudadano@justicia.pr.gov, info@usvidoj.com
Cc: "B. Robert Liu, Esq." <robert.liu@balancelawfirm.com>, ConsumerInterest@alabamaag.gov, attorney.general@alaska.gov, consumerinfo@azag.gov, oag@arkansasag.gov, Attorney.General@ct.gov, attorney.general@delaware.gov, hawaiiag@hawaii.gov, AGLabrador@ag.idaho.gov, consumer@ag.iowa.gov, constituentservices@ag.louisiana.gov, attorney.general@maine.gov, consumer@oag.maryland.gov, miag@michigan.gov, consumer.help@ago.mo.gov, contactdoj@mt.gov, ago.info.help@nebraska.gov, AGInfo@ag.nv.gov, attorneygeneral@doj.nh.gov, citizens@oag.lps.state.nj.us, rtorrez@nmdoj.gov, outreach@ncdoj.gov, ndag@nd.gov, contact@oag.ok.gov, AttorneyGeneral@doj.oregon.gov, consumers@attorneygeneral.gov, ag@riag.ri.gov, atghelp@state.sd.us, consumer.affairs@ag.tn.gov, ken.paxton@oag.texas.gov, uag@agutah.gov, ago.info@vermont.gov, mailoag@oag.state.va.us, constituent@wvago.gov

[redacted]

Good afternoon,

I've attempted serving this law firm with a complaint and summons multiple times. The process server said they had moved from the current listed address with the Department of State, and when attempted service was made at the Department of State I was told it couldn't be served there. Per state of New York rules it says an LLC can be served through Beixiao Robert Liu or another member, manager, or specifically authorized agent. New York permits direct service on an LLC's member, manager, or authorized agent under CPLR § 311-a.

If someone could reach out to me I'd be very grateful. This firm's clients just got a non prosecution agreement, see attachments, for facilitating $600 million in fentanyl sales into the United States and I'm sure some of that poison hit every state.

Have a wonderful day.

Bradley Burchfield
479-223-0038
burchfieldbradley123@gmail.com
burchfieldbradley123@icloud.com
ID#2503103532

**6 attachments**

**Screenshot_9-9-2026_14448_secure.abclegal.com.jpeg**
1483K

**60CV-26-11307 BALANCE LAW PLLC SUMMONS (1).pdf**
17963K

**B ROBERT LIU ATTY ONLINE ATTORNEY INFORMATION.pdf**
967K

**TDocument_201360137.pdf**
64K

**cd734e9f__AUS Merchant Services NPA.pdf**
827K

**51408337__Alibaba NPA.pdf**
994K

---

**postmaster@oag.state.va.us** <postmaster@oag.state.va.us> Wed, Sep 9, 2026 at 4:46 PM
To: burchfieldbradley123@gmail.com

**Delivery has failed to these recipients or groups:**

mailoag@oag.state.va.us

Your message is too large to send. To send it, make the message smaller, for example, by removing attachments.

The maximum message size that's allowed is 20 MB. This message is 29 MB.

**Diagnostic information for administrators:**

Generating server: SJ0PR09MB9272.namprd09.prod.outlook.com

mailoag@oag.state.va.us
Remote server returned '550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient'

Original message headers:


```
ARC-Seal: i=2; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=pass;
 b=DF5n/Wx2FMGepkroy2Ky6pE0zginLeydXSgiLRIANB0aNabQi3aNnA3Jielyvip1h+GIQ6Esn96vrKK3ePiCkGYIwPOIikEf
p6bOdXvynD8lWrNV5ouL8PW8VRn7HFdPTx09iWgdRU6LVMcTKfs/QhvOjEL5FKzEw4Rq3tLXA3E+ycUNvNSur0BN3DwPtkeU0H4KRy/BiHQtkVG+
h7Z06Ga6Kk6QRaHX0K0bQV9oLe9xyW7jOWa2F0XDgPxU3VqK931VcQjDveboia98lZV8RxSFohxDTpBtvvIJN+eISfbWwucksKrPaY2095fus7zcnIJj
lbiz+3f61QP8zq+Mtw==
ARC-Message-Signature: i=2; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-MessageData-ChunkCount:X-MS-
Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-MessageData-1;
 bh=BJuuABGD7ozgKNdtpvRvUIKw5ZZyiZwSiZTpwsmSD9s=;
 b=u1jba7e/2heaDA9V4OjQu/45ZInD19hJU7Ae0uBOvErc4ievNb3320BxMnvo9IOaiHdSMA/71q0OIM5P8LaVI+2eXmPq/fUpBhwO/
VAiv3jwOBFNaNmf94LeQiMgKnKlHatFYJhiK3gbOVHDgDnkrBqm9z0YSgSyAbBM0/vmdZ2KV4Umr9F6vVrnTcuaydY58SlP
Nvsuq2dFlLFqDd6SJly0kiEVhQr0m0KoQ+nleuz5G5nScjw9ZToivSam0s04AyREjcALDdwkrO4GBg9yZ/14uOyczUYmwDzGdyzJ4H2oVmtym/
HMPwp77cBa/L/GQGirTVBCtKaSFpkmjqSuZQ==
ARC-Authentication-Results: i=2; mx.microsoft.com 1; spf=pass (sender ip is
 2a00:1450:4864:20::62a) smtp.rcpttodomain=oag.state.va.us
 smtp.mailfrom=gmail.com; dmarc=pass (p=none sp=quarantine pct=100)
 action=none header.from=gmail.com; dkim=pass (signature was verified)
 header.d=gmail.com; arc=pass (0 oda=0 ltdi=1)
Received: from CY5PR09CA0023.namprd09.prod.outlook.com (2603:10b6:930:1::28)
 by SJ0PR09MB9272.namprd09.prod.outlook.com (2603:10b6:a03:467::11) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.21.360.8; Wed, 9 Sep 2026
 21:46:30 +0000
Received: from BN7PEPF0000009B.namprd09.prod.outlook.com
 (2603:10b6:930:1:cafe::9a) by CY5PR09CA0023.outlook.office365.com
 (2603:10b6:930:1::28) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.21.406.8 via Frontend Transport; Wed, 9
 Sep 2026 21:46:30 +0000
Authentication-Results: spf=pass (sender IP is 2a00:1450:4864:20::62a)
 smtp.mailfrom=gmail.com; dkim=pass (signature was verified)
 header.d=gmail.com;dmarc=pass action=none header.from=gmail.com;
```

Received-SPF: Pass (protection.outlook.com: domain of gmail.com designates
 2a00:1450:4864:20::62a as permitted sender) receiver=protection.outlook.com;
 client-ip=2a00:1450:4864:20::62a; helo=mail-ej1-x62a.google.com; pr=C
Received: from mail-ej1-x62a.google.com (2a00:1450:4864:20::62a) by
 BN7PEPF0000009B.mail.protection.outlook.com (2603:10b6:40f:fc02::a07) with
 Microsoft SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) id
 15.21.406.5 via Frontend Transport; Wed, 9 Sep 2026 21:46:29 +0000
Received: by mail-ej1-x62a.google.com with SMTP id a640c23a62f3a-c294183384fso146075366b.1
 for <mailoag@oag.state.va.us>; Wed, 09 Sep 2026 14:46:29 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1788990388; cv=none;
 d=google.com; s=arc-20260327;
 b=szzTnMREuOFx3znHVViv8hAh57bcoM3yXOooUIjNRMd8p8RwSxkvFrpzdg6KHaN/g1
 UaQTFo8ivWMSJzNzSWqNPxKkbIb3PUXOENvRIiZoskM99OM2vVdJ5X5xvkeUqDc/iybQ
 K/7+XG+kYrjWkujTtUJ1WX3RuYfs0tRKavXmisibpqQdH4dLYRQY49zvh8ksXDNwhH8L
 jKT/IGFQpM1N2WzNRu8bfx5/16zX05u+5ldti52ny0ckHYVLtGXypP+YNt7NBaIjSUgb
 X2PCNLk5c00GSfVVOjMEsRAzY+NbercQcY8KxIrRe78s0/mISCtGurv6nAWiD7QVs18F
 ljog==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20260327;
 h=cc:to:subject:message-id:date:from:mime-version:dkim-signature;
 bh=BJuuABGD7ozgKNdtpvRvUIKw5ZZyiZwSiZTpwsmSD9s=;
 fh=lcq5sL6nGkqHu5sMsBjZXHJ2g6zGtxcgoO+Z8sVPrug=;
 b=XwlOETCLbqoaztvCY+CDTNQUYewFnHrci70yTLFrwXoHqWf8c7tnjulpsDMMCOHE46
 6IAkInx2flowvWHCj08zl21zd7QyUP5Rw3jkFD3FoX2h2jDw3JzvHRhjUobCfBAxAFhe
 YttZinKM7b2NA+PHI64IlqBUZNsjauA5YfkMMbt3pC/0pj7s1egoVY4wLdQ5tWjaGBid
 rDlx/p4dX7Lg4AWTDRPVZmacVXQqCLytcXyC0GrHCmuyQjoASy1s9590VK6avPqrpMNw
 zVGuG8DRIEfr5IO9zyp86bF+JQV9ZvQWnwX3Zgh5TuBCqMdq19/EulZ88H9FutsmYC3F
 tWOQ==;
 darn=oag.state.va.us
ARC-Authentication-Results: i=1; mx.google.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
 d=gmail.com; s=20251104; t=1788990388; x=1789595188; darn=oag.state.va.us;
 h=content-type:cc:to:subject:message-id:date:from:mime-version:from
 :to:cc:subject:date:message-id:reply-to:content-type;
 bh=BJuuABGD7ozgKNdtpvRvUIKw5ZZyiZwSiZTpwsmSD9s=;
 b=FO9basbnjiDOfoimUPHr1yKQWkRpxzfRpP9h8xFQXgwBiKQTJ0esI1JK6z4/sHAw4u
 DvZv/iYDqjljiFY67yZaMBH70tiJCjJpH/1ZyPi+OvC2AFyLVfaC8v+ocG9wLpSLTuFR
 ILb6W4NV8ugMB1Pgt9ur62AAUkp7mQ8U9jJcf5Ph4+4+jeBrw5Kk39CdKBUvfaQ4l8NG
 EGpmqRnr4fVIiKNjGmwMonw0UFKAeLpIL/gxLtNP87pUfahVJnx9/wh40W4puJGRqR2G
 yhPtXT7GcCfVzrGBj0smj7dd1j6G7EVOHnz1KtVzF2osAkP+Z1yqiF38uBv0nENdAp5I
 VO3w==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
 d=1e100.net; s=20251104; t=1788990388; x=1789595188;
 h=content-type:cc:to:subject:message-id:date:from:mime-version
 :x-gm-gg:x-gm-message-state:from:to:cc:subject:date:message-id
 :reply-to:content-type;
 bh=BJuuABGD7ozgKNdtpvRvUIKw5ZZyiZwSiZTpwsmSD9s=;
 b=KPSGQ2kobN0MkbJsd2Yr6nqfMgXme0Ln5LbTQwNwcdCYJD91fO0vmPFqubA/5Azef6
 UXmVLppngn3w1kNhJ0KvUhhUHj6ZbIVbKAugq3d0xJJNFAyaJu712nbYiAk4AePBb80e
 nb1iojZJW20MR4cCN7vCknspeqWhXRfIle9rS2i5rKj0VggY4SvdokoyYygWDK2rXSQ/
 R5LjkOYnEvG226oJz5va1CaTLn0z5ZOAG2LwldzmgceGCc0Rf8fUH/84RDkIxNckmRlr
 nW4eXyV3OJhxWzh9239pflWeAHm3GqJY6G/00EqNhtVrIZeZE7koJQtL8r8e2oHvBg11
 3u3g==
X-Forwarded-Encrypted: i=1; AKwUvBzI34TxCY4PlkWXeVZBJe6xsMvW+JBfMXLYUVCw08+n72jM4DsQQtuZ1L2ZuHfFXt5yUiucU
lUf@oag.state.va.us
X-Gm-Message-State: AFuF++mc8r9EjCLhO1xkwhbD0SOv4m5gwswrJOuACCQKnz+gyJJLbIDo
 bN3IAehL54tGnsnUMZsR8bliYrvUt8J8I/3ZZzl6Ro9DC6iqtCjqWWdYiJrOLvsCqJCHyvMHXhQ
 qbFMfpekSI4/2T76KQ8kSMelhnx/z8sYEAnL2IZc=
X-Gm-Gg: AYBFou298ATQ9iTQ4Gp7+hlSU45o1WRCY6tYTqBs2bpfzpZ0ZK45/H3HordVriMmtE8
 uQyhMkzn6GmVyJubnIubbTGAgneZXtsSKkamXY7REX8VSLvKHCLOmEYN7a4zu0A3wGV4CFbQdeS
 O4OYoupWt151bzDVvSTs8sPeb3c+NhqRFNfTEaF0DGeQVN4lUvqG8Kw/JGet5/MokFKLrZkktox
 ZcAf0B51g4gtskMbwFxS5oUCS+5txLiKE1Efc7Y15Qpjngl+aou3i4LSGue7l/DT0XemNb4fNbf
 x/xro6uh76XpjLRKFOhZOiCkrr6G290o++jQFIZ+FnuYr0UuNufjz2yEpJ6mdK/mzKW4zp1GGcG
 83gI2HPcXgqPB0V/it8Zqs9F2rOx4p5Nqfm5thbl2F36H63nY38p16cEIqqZzQ639ZnTW5ERtgV
 0T2oKDaepNt5hSE53pIlPhE7+3p7clMFAWoVRPgbfGb14Yu1Wh
X-Received: by 2002:a05:6512:2521:b0:5b7:637e:f025 with SMTP id
 2adb3069b0e04-5b7637ef1d1mr1498050e87.48.1788990383449; Wed, 09 Sep 2026
 14:46:23 -0700 (PDT)
MIME-Version: 1.0
From: Burchfield Bradley <burchfieldbradley123@gmail.com>
Date: Wed, 9 Sep 2026 16:46:08 -0500
X-Gm-Features: AcwNN1V7SkIDVi2XeDzb1PdUH8o8nLxHIuLzng3XJFSaCip2aakaqHk4JgFj3iE
Message-ID: <CAHfnnLT0X7CirAeC9jLsT6RWumeGsOHBbv+hi2biBU7+dar1nQ@mail.gmail.com>
Subject: BALANCE LAW PLLC COMPLAINT - $600 million in fentanyl sales
To: AD1-AGC-newcomplaints@nycourts.gov, attyreg@nycourts.gov, NYSAG@ag.ny.gov,

constituent@wvago.gov, ag.consumer@wyo.gov, oag@dc.gov, ag@la.as.gov,
publicservice@oagguam.org, attorney_general@cnmioag.org,
ayudaalciudadano@justicia.pr.gov, info@usvidoj.com
CC: "B. Robert Liu, Esq." <robert.liu@balancelawfirm.com>, ConsumerInterest@alabamaag.gov,
attorney.general@alaska.gov, consumerinfo@azag.gov, oag@arkansasag.gov,
Attorney.General@ct.gov, attorney.general@delaware.gov, hawaiiag@hawaii.gov,
AGLabrador@ag.idaho.gov, consumer@ag.iowa.gov,
constituentservices@ag.louisiana.gov, attorney.general@maine.gov,
consumer@oag.maryland.gov, miag@michigan.gov, consumer.help@ago.mo.gov,
contactdoj@mt.gov, ago.info.help@nebraska.gov, AGInfo@ag.nv.gov,
attorneygeneral@doj.nh.gov, citizens@oag.lps.state.nj.us, rtorrez@nmdoj.gov,
outreach@ncdoj.gov, ndag@nd.gov, contact@oag.ok.gov,
AttorneyGeneral@doj.oregon.gov, consumers@attorneygeneral.gov, ag@riag.ri.gov,
atghelp@state.sd.us, consumer.affairs@ag.tn.gov, ken.paxton@oag.texas.gov,
uag@agutah.gov, ago.info@vermont.gov, mailoag@oag.state.va.us
Content-Type: multipart/mixed; boundary="00000000000050f215065b13c8f2"
Return-Path: burchfieldbradley123@gmail.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: 4489c3bc-1b50-42d5-87ba-e6d67991beb5:0
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: BN7PEPF0000009B:EE_|SJ0PR09MB9272:EE_
X-MS-Office365-Filtering-Correlation-Id: 5f12a706-f55a-4342-a463-08df0ebbcebf

Final-Recipient: rfc822;mailoag@oag.state.va.us
Action: failed
Status: 5.2.3
Diagnostic-Code: smtp;550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient

noname
9K


DATSUN
of a
BITCH
1D11510
HONDA