IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 01 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

BRADLEY BURCHFIELD, Plaintiff

v. Case No. 4:26-cv-00826-DPM-JJV

ALIBABA GROUP HOLDING LIMITED, et al., Defendants

## DECLARATION OF BRADLEY BURCHFIELD IN SUPPORT OF ADDITIONAL TIME FOR FOREIGN SERVICE

I, Bradley Burchfield, declare as follows:

1. I am the Plaintiff in this action, which was removed from Pulaski County Circuit Court Case No. 60CV-26-8633. I make this declaration from my knowledge of my mailing efforts and the records identified below.

2. On July 24, 2026, I caused the international mailings shown in Exhibit A to be sent. The mailing packets contained both federal and state complaints. I rely on those mailings as efforts to give notice of the state action underlying this removed case as well as the related federal action. My statement about packet contents is based on my knowledge of the mailings, rather than an inference from tracking scans.

3. Exhibit A reproduces the mailing-payment and destination records I supplied. It identifies the five tracking numbers and the addresses used at that time. Those records do not establish the current registered addresses or identify every document enclosed.

4. Exhibits B through F reproduce the supplied tracking results, matched to Exhibit A by tracking number. They are historical snapshots. I do not state that they include any later postal scan or constitute Hague service certificates.

5. The records report delivery of Alibaba Singapore's mailing in Singapore on August 21, 2026, and Zhishang's mailing in China on August 15. Zichang's record reports arrival at a delivering post office in China on September 12, fifty days after July 24, without showing

completed delivery. Shaanxi Bloom Tech's record reports an unavailable addressee and later depot retention on September 7, forty-five days after July 24.

6. Exhibit F concerns the AliExpress mailing addressed care of AGHL's Legal Department in Hong Kong. It reports delivery there on August 20. That record does not identify the authority of the recipient to accept legal service for AliExpress. I include all five mailing-result files to preserve the complete dispatch history.

7. Exhibit G is the factory panorama supplied with the Zhishang materials. It does not display a source URL, capture date, corporate identifier, or service address. I offer it only as background to the identity inquiry, not as proof of the defendant's registered office or an authorized service recipient.

8. I seek 240 days to verify the named foreign defendants' identities and addresses and complete the required service procedure for this action. I understand that including complaints from separate lawsuits in the same package does not combine the cases or establish that each case's service requirements were satisfied.

9. If the Court grants the requested period, I intend to pursue verification promptly, report results within thirty days, and arrange compliant Hague requests for verified destinations within sixty days. I will report specific obstacles, retain transmission records, and submit returned certificates. I will identify this action and its operative pleading in the service papers.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 1, 2026, at Little Rock, AR.

Bradley Burchfield

Bradley Burchfield

**CERTIFICATE OF SERVICE**

I certify that on ____________________, I served a true and correct copy of the Declaration of Bradley Burchfield and Exhibits A through G in support of additional time to complete foreign service by United States First-Class Mail, postage prepaid, addressed to:

Bart W. Calhoun, Brittany D. Webb, and Ginny Ashcraft
McDaniel Wolff PLLC
1307 West 4th Street
Little Rock, Arkansas 72201

B. Robert Liu
Balance Law Firm
1 World Trade Center, Suite 8500
New York, New York 10007

________________________________
Bradley Burchfield

# EXHIBIT INDEX

All seven supplied files are included. Source-page labels refer to the page in the original supplied PDF, even where a long page continues onto a second sheet for readability. Only blank outside margins are trimmed; substantive content is preserved.

| Exhibit | Supplied record | Source pages |
|---|---|---|
| A | Full mailing record and payment confirmations | 6 |
| B | Alibaba Singapore mailing results<br>LS018355534US | 2 |
| C | Zichang mailing results<br>LS018355168US | 1 |
| D | Zhishang mailing results<br>LS018355389US | 3 |
| E | Shaanxi Bloom Tech mailing results<br>LS018355256US | 1 |
| F | AliExpress mailing results<br>LS018355327US | 2 |
| G | Factory panorama supplied with the Zhishang materials | 1 image |

**EXHIBIT A**

July 24 international mailing and payment records
Source page 1

Gmail

**Burchfield Bradley <burchfieldbradley123@gmail.com>**

---

**USPS - Click-N-Ship(R) Payment Confirmation**
5 messages

---

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:16 PM
To: burchfieldbradley123@gmail.com

Order #: 019f958e-9026-7e40-903f-1ee179167e13

# EXHIBIT A

July 24 international mailing and payment records
Source page 2 — part 1 of 2

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

| | |
|---|---|
| Account #: | 498400958 |
| Order #: | 019f958e-9026-7e40-903f-1ee179167e13 |
| Placed on: | Jul 24, 2026<br>19:16:16 PM UTC |
| Payment Method: | AMEX-5374 |
| Status: | PAID |
| Email: | burchfieldbradley123@gmail.com |

**ORDER SUMMARY**

| Item | Total |
|---|---|
| First-Class Package International Service<br>LS018355168US<br>Shipped To:<br>Legal Department<br>Zichang New Materials (Shandong) Co., Ltd.<br>Room 907, Building 2, Xinyuan Xin Center<br>No. 3 Huaxin Road, Licheng District<br>Jinan Shandong 250100 CN | $32.05 |

Subtotal: $32.05

Shipping: $0.00

Total: $32.05

# EXHIBIT A

July 24 international mailing and payment records
Source page 2 — part 2 of 2

**NEED HELP?**
If you need help, please visit the Frequently Asked Questions.

Go to FAQ's

**SAVE TIME, CREATE LABELS**
Go to Click-N-Ship

Download **USPS Mobile®**

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by

**EXHIBIT A**

July 24 international mailing and payment records
Source page 3 — part 1 of 2

you is prohibited.

Copyright © 2026 USPS. All Rights Reserved.

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:28 PM
To: burchfieldbradley123@gmail.com

Order #: 019f9599-64a7-7bfb-9f4c-a75b239ee114

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

| | |
|---|---|
| Account #: | 498400958 |
| Order #: | 019f9599-64a7-7bfb-9f4c-a75b239ee114 |
| Placed on: | Jul 24, 2026<br>19:28:05 PM UTC |
| Payment Method: | AMEX-5374 |
| Status: | PAID |
| Email: | burchfieldbradley123@gmail.com |

**ORDER SUMMARY**

**Item Total**

| | |
|---|---|
| First-Class Package International Service<br>LS018355256US<br>Shipped To:<br>LEGAL DEPARTMENT<br>Shaanxi Bloom Tech Co., Ltd. | $32.05 |

# EXHIBIT A

July 24 international mailing and payment records
Source page 3 — part 2 of 2

Room 629, 6th Floor, Ruyi Building

No. 28 Liangjiapailou

Xi an Shaanxi 710002 CN

[Quoted text hidden]
[Quoted text hidden]

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:35 PM
To: burchfieldbradley123@gmail.com

Order #: 019f959f-8515-723a-b9f5-691e7b625f83

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

# EXHIBIT A

July 24 international mailing and payment records
Source page 4 — part 1 of 2

| | |
|---|---|
| Account #: | 498400958 |
| Order #: | 019f959f-8515-723a-b9f5-691e7b625f83 |
| Placed on: | Jul 24, 2026<br>19:34:47 PM UTC |
| Payment Method: | AMEX-5374 |
| Status: | PAID |
| Email: | burchfieldbradley123@gmail.com |

**ORDER SUMMARY**

**Item Total**

| | |
|---|---|
| First-Class Package International Service<br>LS018355327US<br>Shipped To:<br>ATTENTION LEGAL DEPARTMENT<br>AliExpress E-Commerce One Pte. Ltd.<br>c/o Alibaba Group Holding Ltd., Legal Department<br>26/F Tower One, Times Square<br>Hong Kong Hong Kong SAR 999077 CN | $32.05 |

[Quoted text hidden]
[Quoted text hidden]

---

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:41 PM
To: burchfieldbradley123@gmail.com

Order #: 019f95a5-cc0d-7111-81dc-2f549285ef0f

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

# EXHIBIT A

July 24 international mailing and payment records
Source page 4 — part 2 of 2

**ORDER DETAILS**

| | |
|---|---|
| Account #: | 498400958 |
| Order #: | 019f95a5-cc0d-7111-81dc-2f549285ef0f |
| Placed on: | Jul 24, 2026<br>19:41:38 PM UTC |
| Payment Method: | AMEX-5374 |
| Status: | PAID |
| Email: | burchfieldbradley123@gmail.com |

**ORDER SUMMARY**

**Item Total**

# EXHIBIT A

July 24 international mailing and payment records
Source page 5 — part 1 of 2

First-Class Package International Service

LS018355389US

Shipped To:

LEGAL DEPARTMENT

Zhishang New Materials (Shandong) Co., Ltd. $32.05

Room 1001, Building 1

Hisense Intelligence Valley

Jinan Shandong 250100 CN

[Quoted text hidden]
[Quoted text hidden]

---

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:52 PM
To: burchfieldbradley123@gmail.com

Order #: 019f95af-4996-72cd-8120-0c1d3013d7d6

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

| | |
|---|---|
| Account #: | 498400958 |
| Order #: | 019f95af-4996-72cd-8120-0c1d3013d7d6 |
| Placed on: | Jul 24, 2026<br>19:52:00 PM UTC |
| Payment Method: | AMEX-5374 |
| Status: | PAID |
| Email: | burchfieldbradley123@gmail.com |

**ORDER SUMMARY**

**EXHIBIT A**

July 24 international mailing and payment records
Source page 5 — part 2 of 2

| Item | Total |
| --- | --- |
| First-Class Package International Service<br>LS018355534US<br>Shipped To:<br>Alibaba.com Singapore E-Commerce Pte. Limited a/k/a Alibaba.com Singapore E-Commerce Private Limited<br>51 Bras Basah Road, #01-21<br>Lazada One<br>SINGAPORE 189554 SG | $31.15 |

Subtotal: $31.15

Shipping: $0.00

**EXHIBIT A**

July 24 international mailing and payment records
Source page 6

**Total:** **$31.15**

**NEED HELP?**

If you need help, please visit the Frequently Asked Questions.

Go to FAQ's

**SAVE TIME, CREATE LABELS**

Go to Click-N-Ship

[Quoted text hidden]

**EXHIBIT B**

Alibaba Singapore mailing results
Source page 1 — part 1 of 2

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**

**Remove ✕**

## LS018355534US

**Copy** **Add to Informed Delivery**

### Latest Update

Your item was delivered in SINGAPORE at 1:54 pm on August 21, 2026.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered**

SINGAPORE
August 21, 2026 1:54 PM

**Processed Through Facility**

SINGAPORE
August 20, 2026 9:49 AM

**Departed**

UNITED STATES
August 19, 2026 6:51 PM

**Departed**

UNITED STATES
August 18, 2026 10:55 PM

**Departed**

UNITED STATES
August 17, 2026 7:14 PM

# EXHIBIT B

Alibaba Singapore mailing results
Source page 1 — part 2 of 2

**Arrived**

UNITED STATES
August 17, 2026 1:46 PM

**Processed Through USPS Facility**

CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 17, 2026 5:27 AM

**Arrived at USPS Facility**

CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 15, 2026 6:13 PM

**Arrived at USPS Facility**

CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 15, 2026 6:13 PM

**Departed Post Office**

LITTLE ROCK, AR 72202

**EXHIBIT B**

Alibaba Singapore mailing results
Source page 2

July 24, 2026 6:16 PM

**USPS in possession of item**
LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

**Shipping Label Created**
LITTLE ROCK, AR 72201
July 24, 2026 2:52 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**EXHIBIT C**

Zichang mailing results
Source page 1 — part 1 of 2

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**

**Remove ✕**

## LS018355168US

**Copy** **Add to Informed Delivery**

### Latest Update

Your item has arrived at the delivering post office in CHINA at 8:01 am on September 12, 2026.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### International Transit

**Arrival at Post Office**

CHINA
September 12, 2026 8:01 AM

**Held at Delivery Depot/Delivery Office**

CHINA
August 27, 2026 6:32 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less ^**

**EXHIBIT C**

Zichang mailing results
Source page 1 — part 2 of 2

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**EXHIBIT D**

Zhishang mailing results
Source page 1 — part 1 of 2

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Tracking Number:

**LS018355389US**

Remove ✕

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered in CHINA at 10:15 am on August 15, 2026.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered**
CHINA
August 15, 2026 10:15 AM

**Out for Delivery**
CHINA
August 15, 2026 8:29 AM

**Arrival at Post Office**
CHINA
August 15, 2026 7:37 AM

**Processed through Facility**
August 14, 2026 2:22 PM

**Customs Clearance Processing Complete**
CHINA
August 14, 2026 2:21 PM

**EXHIBIT D**

Zhishang mailing results
Source page 1 — part 2 of 2

**Customs Clearance**
CHINA
August 14, 2026 10:09 AM

**Processed Through Facility**
CHINA
August 10, 2026 10:14 AM

**Departed**
UNITED STATES
August 9, 2026 5:22 PM

**Departed**
UNITED STATES
August 8, 2026 11:27 AM

**Departed**
UNITED STATES
August 7, 2026 11:02 AM

**Arrived**

**EXHIBIT D**

Zhishang mailing results
Source page 2 — part 1 of 2

UNITED STATES
August 7, 2026 7:49 AM

**Processed Through USPS Facility** •
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 6, 2026 1:51 PM

**Arrived at USPS Facility** •
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 5, 2026 1:31 PM

**Arrived at USPS Facility** •
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 5, 2026 1:31 PM

**Arrived at USPS Facility** •
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 4, 2026 5:11 PM

**Departed USPS Facility** •
CHICAGO IL DISTRIBUTION CENTER
August 4, 2026 4:25 PM

**Arrived at USPS Facility** •
CHICAGO IL DISTRIBUTION CENTER
August 4, 2026 2:35 AM

**Arrived at USPS Facility** •
MEMPHIS, TN 38114
July 25, 2026 12:59 PM

**Departed Post Office** •
LITTLE ROCK, AR 72202
July 24, 2026 6:16 PM

**USPS in possession of item** •
LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

# EXHIBIT D

Zhishang mailing results
Source page 2 — part 2 of 2

**Shipping Label Created**
LITTLE ROCK, AR 72201
July 24, 2026 2:41 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

**EXHIBIT D**

Zhishang mailing results
Source page 3

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**EXHIBIT E**

Shaanxi Bloom Tech mailing results
Source page 1 — part 1 of 2

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**

## LS018355256US

**Copy** **Add to Informed Delivery**

**Remove ✕**

### Latest Update

Your item is held at the delivery depot/delivery office at 4:05 pm on September 7, 2026 in CHINA.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### International Transit

**Held at Delivery Depot/Delivery Office**

CHINA
September 7, 2026 4:05 PM

**Addressee not available - Will attempt delivery on next working day**

CHINA
September 7, 2026 11:04 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**EXHIBIT E**

Shaanxi Bloom Tech mailing results
Source page 1 — part 2 of 2

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**EXHIBIT F**

AliExpress mailing results
Source page 1 — part 1 of 2

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**

Remove ✕

## LS018355327US

**Copy** **Add to Informed Delivery**

### Latest Update

Your item was delivered in HONG KONG at 9:53 am on August 20, 2026.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered**

HONG KONG
August 20, 2026 9:53 AM

**Out for Delivery**

HONG KONG
August 20, 2026 9:08 AM

**Processed through Facility**

August 19, 2026 2:04 PM

**Processed Through Facility**

HONG KONG
August 19, 2026 1:53 PM

**Processed Through Facility**

CHINA
August 6, 2026 9:40 AM

# EXHIBIT F

AliExpress mailing results
Source page 1 — part 2 of 2

**Departed**

UNITED STATES
August 5, 2026 4:51 PM

**Departed**

UNITED STATES
August 4, 2026 11:20 AM

**Departed**

UNITED STATES
August 3, 2026 8:31 PM

**Arrived**

UNITED STATES
August 3, 2026 3:44 PM

**Arrived at USPS Facility**

MIAMI FL INTERNATIONAL
DISTRIBUTION CENTER
August 2, 2026 10:20 AM

**Processed Through USPS Facility**

**EXHIBIT F**

AliExpress mailing results
Source page 2 — part 1 of 2

MIAMI FL INTERNATIONAL DISTRIBUTION CENTER
August 2, 2026 9:46 AM

**Arrived at USPS Facility**

MIAMI FL INTERNATIONAL DISTRIBUTION CENTER
August 1, 2026 8:13 AM

**Arrived at USPS Facility**

MIAMI FL INTERNATIONAL DISTRIBUTION CENTER
August 1, 2026 8:12 AM

**Arrived at USPS Facility**

MEMPHIS, TN 38114
July 25, 2026 12:59 PM

**Departed Post Office**

LITTLE ROCK, AR 72202
July 24, 2026 6:16 PM

**USPS in possession of item**

LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

**Shipping Label Created**

LITTLE ROCK, AR 72201
July 24, 2026 2:34 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**EXHIBIT F**

AliExpress mailing results
Source page 2 — part 2 of 2

**See Less ^**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**EXHIBIT G**

Factory panorama supplied with the Zhishang materials



The complete image is reproduced above. The image itself contains no visible source URL, capture date, corporate identifier, or service address.