**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**Central Division**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, *et al.*,<br><br>Defendants. | No. 4:26-cv-00826-DPM-JJV |

**FIVE DEFENDANTS' RESPONSE TO COURT ORDER**
**REGARDING POTENTIAL CONSOLIDATION OF THREE LAWSUITS**

Five defendants—Alibaba Group Holding Limited, Alibaba.com US E-Commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., and AUS Merchant Services, Inc. (collectively, the "Responding Defendants")—hereby respond to the Court's September 21, 2026 Order (ECF No. 37).[1] That order requires the parties to set forth their positions regarding whether the above-captioned lawsuit should be consolidated with Plaintiff's two other lawsuits pending in this Court (Case No. 4:26-cv-00611-DPM-JJV, Case No. 4:26-cv-00827-DPM-JJV) or "how the parties believe this matter should proceed." As discussed below, the Responding Defendants distinguish between the Court conducting ***consolidated*** proceedings versus ***coordinated*** proceedings for these three lawsuits. *Cf.* 28 U.S.C. § 1407(a) (discussing "coordinated or consolidated" proceedings in multidistrict litigation).

[1] By submitting this response, the Responding Defendants preserve—and do not waive—their defenses, including but not limited to lack of personal jurisdiction.

The Responding Defendants submit that consolidation of the three lawsuits is not necessary or appropriate at this early stage of these proceedings. Although the Responding Defendants acknowledge that the three lawsuits are related, they are sufficiently different—including different line-ups of defendants and differences regarding certain factual and legal issues—that the lawsuits should not be consolidated at this time. For example, AUS Merchant Services, Inc. is a defendant in the above-captioned lawsuit (which does not assert RICO claims) but is not a defendant in Case No. 4:26-cv-00611-DPM-JJV (which does assert RICO claims), so that defendant should not be lumped together, through consolidation, with defendants that are facing RICO claims. Moreover, these lawsuits were filed on different dates, so different defendants could have different statute-of-limitations arguments depending on which lawsuits name them as defendants. If any of these lawsuits proceed beyond motions practice (motions to dismiss and, if necessary, summary judgment motions) and reach the point of trial, it may be appropriate to revisit whether consolidation for trial is appropriate, but the Responding Defendants oppose consolidation at this time.

However, the Responding Defendants acknowledge that, due to certain overlapping factual and legal issues among the three lawsuits, it would serve the interests of judicial economy and efficient case management for the Court to treat these related lawsuits in a coordinated manner, as the Court has already done (for example, denying as “frivolous” the nearly identical motions to disqualify undersigned counsel that Plaintiff filed in all three lawsuits). To be more specific regarding their request for coordinated proceedings, the Responding Defendants expect that the Court will be mindful of overlapping parties and issues among the three lawsuits and will avoid making conflicting rulings. Moreover, if any of these lawsuits reach the discovery phase, the

Responding Defendants acknowledge that it would be appropriate for the Court to treat the lawsuits in a coordinated manner for purposes of discovery.[2]

In conclusion, for the foregoing reasons, the Responding Defendants request that the Court not consolidate the three lawsuits at this time but conduct coordinated proceedings for these lawsuits.

Dated: October 5, 2026

Respectfully submitted,

McDANIEL WOLFF PLLC

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
1307 West 4th Street
Little Rock, AR 72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

and

BALANCE LAW FIRM

B. Robert Liu (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group Holding Limited; Alibaba.com US E-Commerce Corp.; Alibaba.com U.S. LLC; AUS Merchant Services, Inc.; and Alibaba Group (U.S.) Inc.*

[2] The Responding Defendants expect that some issues could arise during discovery in one lawsuit that may not apply to another lawsuit, though that possibility does not mean that the Court should not conduct coordinated proceedings regarding discovery across all three lawsuits.

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I electronically filed the foregoing Response with the Clerk of the Court using the CM/ECF system. I further certify that, because Plaintiff is proceeding *pro se* and is not a registered CM/ECF participant, I served a true and correct copy of the foregoing via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217

/s/*Brittany D. Webb*__________
Brittany D. Webb, Ark. Bar No. 2023139