Case: 4:26-cv-00826-DPM-JJV

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 14 2026

TAMMY H. DOWNS, CLERK
By: DEP CLERK

BRADLEY BURCHFIELD
5420 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72217

---

LITTLE ROCK AR 720
9 OCT 2026 AM 3

quadient
FIRST-CLASS MAIL
IMI
$000.78
10/08/2026 ZIP 72201
043M31260289
US POSTAGE

USE

2026 OCT 14 A 11:50

NIXIE 722 DE 1 0010/13/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

72217-70339
72201>3399
BC: 72201339919 *0755-00873-09-21