FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 20 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

BRADLEY BURCHFIELD PLAINTIFF

v. No. 4:26-cv-00826-DPM-JJV

ALIBABA GROUP HOLDING LIMITED, et al. DEFENDANTS

**PLAINTIFF'S MOTION TO CLARIFY SCOPE OF REMOVAL AND SUBJECT-MATTER JURISDICTION, WITH CONDITIONAL REQUEST FOR SEVERANCE AND REMAND**

1. Plaintiff requests an order clarifying whether all claims against all named defendants in 60CV-26-8633 remain within this removed action, including defendants who have not appeared or whose service remains unresolved.

2. ECF 1 invokes diversity jurisdiction under 28 U.S.C. § 1332 and includes the named foreign defendants. Paragraphs 5-14 allege the parties' citizenship. Paragraph 9 identifies Alibaba.com U.S. LLC's sole member as Alibaba.com US E-Commerce Corp. Plaintiff does not assert that these allegations are absent.

3. ECF 44 denied Plaintiff's ECF 15 remand motion based on the complaint's demand exceeding $75,000. Plaintiff acknowledges that ruling and does not seek to repeat the same amount-in-controversy argument. ECF 44 also denied consolidation and a unified amended complaint; Plaintiff does not treat those rulings as severance or remand.

4. Plaintiff understands that lack of representation, nonappearance, and incomplete service do not themselves defeat subject-matter jurisdiction or leave part of an otherwise removed action in state court. The requested clarification will guide further service and case-management efforts.

5. Plaintiff asks the Court to identify whether the claims concerning nonappearing foreign defendants are retained under original diversity jurisdiction or another jurisdictional basis. If the existing record resolves that question, Plaintiff requests a determination on that record;

otherwise, Plaintiff requests narrowly directed supplemental jurisdictional information rather than general merits discovery.

6. Only if the Court identifies a jurisdictional deficiency, Plaintiff requests the legally appropriate remand under 28 U.S.C. § 1447(c). If a discrete claim may lawfully be severed under Rule 21 and separately remanded, Plaintiff requests that relief only upon identification of the claim and an independent legal basis for remand. Plaintiff does not request severance merely to manufacture a jurisdictional deficiency.

7. If jurisdiction covers the entire action, Plaintiff alternatively requests confirmation that further service proceedings concerning the named nonappearing defendants belong in this Court, subject to the Court's orders. No ruling on the merits, default, or personal jurisdiction is requested by this motion.

WHEREFORE, Plaintiff requests clarification of the scope of removal and the jurisdictional basis for retained claims; a narrowly focused jurisdictional submission only if necessary; and severance or remand only to the extent the Court finds a lawful basis. Plaintiff requests no withdrawal of pending service motions, no dismissal of claims, and no alteration of existing deadlines through the mere filing of this motion.

The requested relief is limited to this action. Plaintiff does not request dismissal, withdrawal, amendment, or adjudication of claims or parties in No. 4:26-cv-00611-DPM-JJV. Plaintiff does not concede that overlapping transactions or alleged relationships are factually unrelated. If the Court considers severance, Plaintiff requests identification of the exact claims affected and an opportunity to address duplication, prejudice, service, and limitations consequences before entry of the order.

Respectfully submitted,
Date: 10/20/26, 2026 Signature: Bradley Burchfield

Bradley Burchfield, Plaintiff pro se
5420 Kavanaugh Blvd. #7927, Little Rock, Arkansas 72217
479-223-0038 | burchfieldbradley123@gmail.com

## CERTIFICATE OF SERVICE

I certify that on October 20, 2026, I electronically filed the foregoing motion and any accompanying papers actually submitted with the Clerk of the United States District Court for the Eastern District of Arkansas using the CM/ECF system. The system transmitted a Notice of Electronic Filing to the registered counsel of record listed as electronic recipients on that notice, thereby serving those recipients.

This certificate is limited to electronic service on the recipients identified in the Notice of Electronic Filing. It does not certify service of original process or electronic service on any unregistered party.

Signature: Bradley Burchfield

Bradley Burchfield, Plaintiff pro se
5420 Kavanaugh Blvd. #7927
Little Rock, Arkansas 72217
479-223-0038
burchfieldbradley123@gmail.com