**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, *et al.*,<br><br>Defendants. | No. 4:26-cv-00826-DPM-JJV |

**AFFIDAVIT OF SERVICE BY MAIL**

I, Brittany D. Webb, being first duly sworn upon oath, state as follows:

1. I am an attorney with McDaniel Wolff, PLLC, counsel of record for Defendants Alibaba Group Holding Limited, Alibaba.com US E-Commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., and AUS Merchant Services, Inc. in the above-captioned action.

2. I am over the age of eighteen and competent to make this affidavit.

3. The facts stated in this affidavit are based on my personal knowledge.

4. On November 5, 2026, I caused a true and correct copy of Five Defendants' Opposition to Plaintiff's Motion to Clarify Scope of Removal and Subject-Matter Jurisdiction, with Conditional Request for Severance and Remand (ECF No. 58) to be served on Plaintiff Bradley Burchfield by depositing the same in the United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, Arkansas 72217

Further affiant sayeth not.

Brittany D. Webb, Ark. Bar No. 2023139

STATE OF ARKANSAS

COUNTY OF PULASKI

Subscribed and sworn to before me this 5 day of November, 2026.

Chandler Perry, Notary Public

My Commission Expires: 2/11/2032.

CHANDLER P PERRY
Notary Public-Arkansas
Pulaski County
My Commission Expires 02-11-2032
Commission # 12718028