FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 09 2026
TAMMY H. DOWNS, CLERK
By: ______ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

BRADLEY BURCHFIELD, Plaintiff

v. No. 4:26-cv-00826-DPM-JJV

ALIBABA GROUP HOLDING LIMITED, et al., Defendants

**BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE A REPLY TO ECF 64**

Local Rule 7.2(b) permits the Court to control reply briefing. Plaintiff requests leave because ECF 64 seeks an additional order prohibiting any further motions until ECF 20 is decided. A focused response will assist the Court in evaluating that request.

The proposed reply identifies eight pending motions, including ECF 20, and distinguishes them from matters resolved by ECF 38 and 44. It explains that ECF 55 and part of ECF 60 seek leave to respond, while ECF 43 also answered the Court's direction at ECF 37. It acknowledges overlap rather than treating every prior filing as necessary.

The reply identifies the limits already expressed in ECF 52, paragraphs 2-8, and ECF 53 at 1-3, while accepting AGHL's service concession. The declaration supports Plaintiff's account of his unanswered inquiry. These clarifications further Rule 1's goal of efficient and fair resolution. Plaintiff requests leave to file the reply and declaration; existing orders and deadlines remain effective.

Respectfully submitted,

Bradley Burchfield, Plaintiff pro se
5420 Kavanaugh Blvd. #7927
Little Rock, Arkansas 72217
479-223-0038 | burchfieldbradley123@gmail.com
Date: 11/9/26